# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **BILAL HASANIE HILL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.   4:20-CV-00804-JMB |
| | ) |
| **PHELPS COUNTY SHERIFF'S** | ) |
| **DEPARTMENT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**SECOND SUPPLEMENTAL INITIAL
DISCLOSURES OF PHELPS COUNTY DEFENDANTS**

Pursuant to Rule 26(a), Fed.R.Civ.P., and in compliance with Rule 26(f), Fed.R.Civ.P., Defendants submit the following supplemental disclosures:

1. **RULE 26(a)(1)(B) – RELEVANT DOCUMENTS**

    j) Email correspondence marked Doc. No. 0387 – 0390 and produced contemporaneously;

    k) Training logs marked Doc. No. 0391 – 0394 and produced contemporaneously;

    l) Phelps County Jail vendor invoice marked Doc. No. 0395 – 0397 and produced contemporaneously;

    m) County copies from MO Jail Summits 2015 – 2019 marked Doc. No. 0398 – 1373 and produced contemporaneously;

    n) Advanced Training DVDs titled as follows, contact counsel to arrange for production/copying;

        1) Introduction to Correctional Healthcare March 2016 Update

        2) Reaching Neutral Ground: De-escalating Critical Incidents

        3) Effective Suicide Prevention in a Jail Setting: Parts I-V

        4) Detox in Jails: A Correctional Officer's Guide

        5) Mental Health for Correctional Facilities: Volume 1

        6) A Diverse Population: Rights of the Transgender Inmate

7) Detox in Jails: A Correctional Officer's Guide, March 2012 Update

8) A Jail is Not a Health Spa: The Legal Basis for Correctional Healthcare

9) Excited Delirium in Jails: Getting Beyond the Controversy

10) Just the Facts: Appropriate Documentation

11) Post-Traumatic Stress Disorder in Jails: Managing the Past

12) Pregnant in Jail: Contraception, High-Risk Pregnancies, Abortion, and Breastfeeding

13) Locked Up and Can't Get High: Addiction in Correctional Facilities

14) You Can't Say That: HIPAA in Corrections

15) Mental Health for Correctional Facilities: Volume 1 September 2011 Update

16) Mental Health for Correctional Facilities: Volume 2 July 2012 Update

NEWMAN, COMLEY & RUTH P.C.

 /s/ John T. Brooks
Michael G. Berry     ED#33790MO
John T. Brooks        ED#70898MO
Brittany L. Briggs    ED#72725MO
601 Monroe Street, Ste. 301
P.O. Box 537
Jefferson City, MO 65101
573-634-2266
573-636-3306 (fax)
michaelberry@ncrpc.com
brooksj@ncrpc.com
briggsb@ncrpc.com

ATTORNEYS FOR DEFENDANTS PHELPS COUNTY, SHERIFF RICHARD L. LISENBE, LIEUTENANT JOE TAYLOR, KATHLEEN RATCLIFF, AND SERGEANT DEBORAH GLENN