UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILAL HASANIE HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:20 CV 804 JMB |
| | ) | |
| PHELPS COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's motion for sanctions, pursuant to Rule 37, Fed. R. Civ. P., against defendant Advanced Correctional Healthcare, Inc. (ACH). The parties presented argument at a hearing on February 12, 2021.

Based on the Court's review of the parties' documents and arguments,

**IT IS HEREBY ORDERED** that plaintiff's motion for sanctions [Doc. # 62] is **granted in part and denied in part**.

**IT IS FURTHER ORDERED** that defendant ACH shall submit the e–mail dated March 6, 2020, Pl. Ex. A [Doc. # 74–2], to the Court for *in camera* review.

**IT IS FURTHER ORDERED** that, not later than **February 22, 2021**, defendant ACH shall file an affidavit detailing its document retention policies.

**IT IS FURTHER ORDERED** that, not later than **March 1, 2021**, counsel for plaintiff shall file a notice stating whether they want to conduct additional depositions of the witnesses and parties whose depositions were taken before defendant ACH produced the disputed documents.

Counsel shall also state whether they want to take depositions of ACH's IT department employees. Defendant ACH will bear the costs of such depositions if they occur.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of February, 2021.