IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILAL HASANIE HILL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Cause No. 4:20-cv-00804-JMB ) |
| ADVANCED CORRECTIONAL HEALTHCARE, INC., et al. | ) ) ) ) |
| Defendant(s). | ) ) |

**DEFENDANT ADVANCED CORRECTIONAL HEALTHCARE, INC.'S MOTION TO WITHDRAW IT'S MOTION TO COMPEL**

COMES NOW Defendant, Advanced Correctional Healthcare, Inc., by and through undersigned counsel, and hereby requests to withdraw its Motion to Compel (Doc. 94) and Suggestions in Support of its Motion to Compel (Doc. 95) since the discovery issues related to this Motion to Compel have been resolved.

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode MO Bar No.:  31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Rd., Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
*Attorney for Defendants Dr. Arthur Bentley, Dionne Kelley, Dr. Travis Schamber, and ACH*

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a true and accurate copy of the foregoing was served via court's electronic filing system and electronic mail on this 12th day of April, 2021 to the following:

**Brandon Gutshall**
**Charles Eblen**
Shook Hardy, LLP – Kansas City
2555 Grand Blvd, 19th Floor
Kansas City, MO 64108
*Attorneys for Plaintiff*

**Michael G. Berry**
**Brittany Briggs**
NEWMAN COMLEY, P.C.
601 Monroe Street
P.O. Box 537
Jefferson City, MO 65102
*Attorneys for Defendants Phelps County Sheriff's Department, Phelps County Jail, Richard Lisenbe, Kelly Ratcliff, Unknown Glenn, and Joe Taylor*

            /s/ *Joan Monninger*