Cause No.: 4:20-CV-00804-JMB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BILAL HASANIE HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 4:20-CV-00804-JMB |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| PHELPS COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF BILAL HILL'S MOTION FOR ATTORNEYS FEES AND COSTS

Per the Court's Amended Order of February 16, 2021 on Plaintiff's Motion for Sanctions against Defendant Advanced Correctional Healthcare, Inc. (ACH), Plaintiff conducted additional depositions of the witnesses and parties whose depositions were taken before Defendant ACH produced the disputed documents. It was ordered that Defendant ACH bear the attorney's fees and cost of such depositions. The Plaintiff, Bilal Hill, by and through his undersigned legal counsel, hereby moves this Court to tax fees and costs against Defendant ACH. The Court should note that Plaintiff, although authorized to retake six depositions, after preparing for them decided not to take two of the six  Additionally, to limit preparation time, the same lawyer who took the original deposition conducted the retake. The sum of costs and attorney's fees are set forth below (See Ex. A: Deposition and Attorney's Fee Chart):

| DESCRIPTION | AMOUNT |
|---|---|
| Continued Deposition of Dr. Arthur Bentley taken April 1, 2021 | 810.00 |
| Continued Deposition of Dionne Kelley taken April 2, 2021 | 574.50 |

Cause No.: 4:20-CV-00804-JMB

| DESCRIPTION | AMOUNT |
|---|---|
| Continued Deposition of Dr. Travis Schamber taken March 30, 2021 | 518.50 |
|  | 665.00 |
| Deposition of Dr. Angela Moriarity taken on April 9, 2021 | 502.50 |
| **Subtotal for Depositions** | **3,070.50** |
| Attorney's Fee – Dr. Arthur Bentley | 6,906.77 |
| Attorney's Fee – Dionne Kelley | 7,781.76 |
| Attorney's Fee – Dr. Travis Schamber | 9,501.17 |
| Attorney's Fee – Dr. Angela Moriarity | 7,580.50 |
| **Subtotal for Attorney's Fee** | **31,770.20** |
| **TOTAL** | **34,840.70** |

WHEREFORE, the Plaintiff hereby requests this Court to award the Plaintiff

Date:  May 20, 2021

Respectfully Submitted

 */s/ Charles C. Eblen*
Charles C. Eblen, #55166
Brandon K. Gutshall, #61848MO
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone:  816-474-6550
Facsimile:  816-421-5547
ceblen@shb.com
bgutshall@shb.com
*Attorneys for Plaintiff*

4816-1115-1333 v1

Cause No.: 4:20-CV-00804-JMB

## **DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Respectfully Submitted

*/s/ Charles C. Eblen*
Charles C. Eblen, #55166
Brandon K. Gutshall, #61848MO
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone:  816-474-6550
Facsimile:  816-421-5547
ceblen@shb.com
bgutshall@shb.com
*Attorneys for Plaintiff*

Cause No.: 4:20-CV-00804-JMB

## CERTIFICATE OF SERVICE

COMES NOW Plaintiff, by and through undersign counsel, and certifies that they served an original copy of **PLAINTIFF BILAL HILL'S MOTION FOR COST** by delivering the same along with a copy of this Certificate of Service via Electronic Mail, this 20th day of May 2021, to the following counsel of record:

Michael G. Berry
Brittany Briggs
NEWMAN COMLEY PC
601 Monroe Street
P.O. Box 537
Jefferson City, MO  65102
Telephone:  573-634-2266
michaelberry@ncrpc.com
briggsb@ncrpc.com

**ATTORNEY FOR DEFENDANTS PHELPS COUNTY SHERIFF'S DEPARTMENT; PHELPS COUNTY JAIL; SHERIFF RICHARD L. LISENBE; KELLY RATCLIFF; SERGEANT GLENN; AND LIEUTENANT JOE TAYLOR**

J. Thaddeus Eckenrode
Lisa H. Howe
ECKENRODE MAUPIN
11477 Olde Cabin Rd.
Suite 110
St. Louis, MO 63141
314-726-6670
Fax: 314-726-2106
jte@eckenrode-law.com
lhh@eckenrode-law.com
**ATTORNEY FOR DEFENDANTS DR. ARTHUR BENTLEY, DIONNE KELLEY, DVANCED CORRECTIONAL HEALTHCARE, INC., AND DR. TRAVIS SCHAMBER**

Respectfully submitted,

*/s/ Charles C. Eblen*
Charles C. Eblen, #55166

4816-1115-1333 v1

Cause No.: 4:20-CV-00804-JMB

Brandon K. Gutshall, #61848MO
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108-2613