## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LADY MAAKIA SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.: 4:20-CV-00804-JMB ) ) JURY TRIAL DEMANDED |
| PHELPS COUNTY SHERIFF'S DEPARTMENT, et al. | ) ) ) |
| Defendants. | ) ) |

### DEFENDANT ADVANCED CORRECTIONAL HEALTHCARE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Defendant, Advanced Correctional Healthcare, by and through counsel, pursuant to Rule 56 of Federal Rules of Civil Procedure and Local Rule 56.1, and states that Plaintiff's allegations against this Defendant are brought in Count I (Deliberate Indifference to Serious Medical Need), Count III (Survival – Medical Negligence), and Count IV (Survival-Negligent Infliction of Emotional Distress) and this Defendant moves this Court for Partial Summary Judgment as to Counts II and IV of Plaintiff's Third Amended Complaint. In support of and pursuant to Rule 56, Defendant Advanced Correctional Healthcare files herewith its Suggestions in Support of its Motion of Partial Summary Judgment, including Defendant's Statement of Uncontroverted Material Facts.

WHEREFORE, for all of the above reasons set forth herein, as well as the reasons set forth in its Statement of Uncontroverted Material Facts and Suggestions in Support, Defendant Advanced Correctional Healthcare prays that this Honorable Court grant its Motion for Partial Summary Judgment, to enter judgment in its favor on Counts II and IV of Plaintiff's Third

Amended Complaint, for costs and expenses incurred, and for any other relief which this Court deems just and proper.

          */s/ J. Thaddeus Eckenrode*
          J. Thaddeus Eckenrode MO Bar No.:  31080
          ECKENRODE-MAUPIN, Attorneys at Law
          11477 Olde Cabin Rd., Ste. 110
          St. Louis, MO 63141
          (314) 726-6670 (Telephone)
          (314) 726-2106 (Fax)
          jte@eckenrode-law.com
          *Attorney for Defendant Advanced Correctional Healthcare*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic mail on this 21st  day of June, 2021 to the following:

**Brandon Gutshall**
**Charles Eblen**
Shook Hardy, LLP – Kansas City
2555 Grand Blvd, 19th Floor
Kansas City, MO 64108
*Attorneys for Plaintiff*

**Brittany Briggs**
**Michael G. Berry**
NEWMAN COMLEY, P.C.
601 Monroe Street, Ste. 301
P.O. Box 537
Jefferson City, MO 65101
*Attorneys for Defendants Phelps County Sheriff's Department, Phelps County Jail, Richard Lisenbe, Kelly Ratcliff, Unknown Glenn, and Joe Taylor*

          /s/*Joan Monninger*