UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LADY MAAKIA CHARLENE SMITH, *personal representative of the Estate of Bilal Hasanie Hill, deceased*, <br><br> Plaintiff, <br><br> v. <br><br> PHELPS COUNTY SHERIFF'S DEPARTMENT, PHELPS COUNTY JAIL, RICHARD L. LISENBE, DR. ARTHUR BENTLEY, DIONNE KELLEY, KELLY RATCLIFFE, UNKNOWN GLENN, JOE TAYLOR, DOES 1-15, ADVANCED CORRECTIONAL HEALTHCARE, INC., and DR. TRAVIS SCHAMBER, <br><br> Defendants. | No. 4:20-CV-00804-JMB |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that in accordance with the stipulation entered on December 9, 2021 (Doc. 195, 196), Defendants Richard L. Lisenbe, in his individual capacity, Phelps County Sheriff's Department, Phelps County Jail, and Unknown Glenn/Deborah Glenn were dismissed with prejudice and Does 1-15 were dismissed without prejudice.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED** that in accordance with the Memorandum and Order entered on February 10, 2022 (Doc. 201), summary judgment was entered in favor of Defendants Richard L. Lisenbe, in his official capacity, Kelly Ratcliffe, Joe Taylor, Dr. Travis Schamber and against Plaintiff; and, in favor of Advanced

Correctional Healthcare, Inc. and Dr. Arthur Bentley, in his official capacity, as to Count II, and against Plaintiff.

The remaining issues came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. **IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED** that pursuant to the jury verdict, judgment is entered in favor of Plaintiff and against Defendants Dr. Arthur Bentley and Dionne Kelley on Count I and in favor of Plaintiff and against Advanced Correctional Healthcare, Inc., Dr. Arthur Bentley, and Dionne Kelley on Count III.

**IT IS HEREBY FINALLY ORDERED,** Plaintiff Lady Maakia Charlene Smith, as *personal representative of the Estate of Bilal Hill, deceased*, is awarded damages as follows:

| | |
|---|---|
| **Compensatory Damages (Ct. I):** | **$5,000,000.00** |
| **Punitive Damages against Defendant Dr. Arthur Bentley (Ct. I):** | **$2,625,000.00** |
| **Punitive Damages against Defendant Dionne Kelley (Ct. I):** | **$875,000.00** |
| **Past Non-Economic Damages (Ct. III):** | **$5,000,000.00** |
| **Punitive Damages against Defendant Dr. Arthur Bentley & Advanced Correctional Healthcare, Inc. (Ct. III):** | **$2,625,000.00** |
| **Punitive Damages against Defendant Dionne Kelley & Advanced Correctional Healthcare, Inc. (Ct. III):** | **$875,000.00** |

<u>May 26, 2022</u>                  *Gregory J. Linhares                /*
Date                                      Clerk of Court

                                         By: <u>/s/ Nikki Phillips            /</u>
                                                 NIKKI PHILLIPS
                                                 Deputy Clerk