# Exhibit B

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| LADY MAAKIA CHARLENE SMITH, personal representative of the Estate of BILAL HASANIE HILL, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:20-CV-00804-JMB |
| ADVANCED CORRECTIONAL HEALTHCARE, INC.; DR. ARTHUR BENTLEY, Individually and in His Official Capacity as a Medical Services Provider at Phelps County; DIONNE KELLEY; KELLY RATCLIFF, LIEUTENANT JOE TAYLOR; DR. TRAVIS SCHAMBER, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DECLARATION AS TO REASONABLENESS OF ATTORNEYS' FEES**

I, James F. Bennett, Esq., pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.       My name is James Bennett. I am over the age of 18 and am competent to testify.

## I.    BACKGROUND

2.       I graduated from Westminster College in 1992 with a Bachelor of Arts Degree in Political Science. I graduated *Order of the Coif* from Vanderbilt Law School in 1995. While at Vanderbilt Law School, I served on the Vanderbilt Law Review as an articles editor.

3.       After graduating from Vanderbilt Law School, I clerked for the Hon. J. L. Edmondson, United States Circuit Judge for the Eleventh Circuit, Atlanta, GA. I thereafter clerked for the Hon. Anthony M. Kennedy, then Associate Justice of the United States Supreme Court.

4.       In private practice, I worked as an associate and then a partner at Bryan Cave LLP in St. Louis. In total, I practiced at that firm for approximately 9 years. In 2006, I founded Dowd

Bennett LLP, where I serve as managing partner.  My career has been exclusively in litigation, and I have practiced in this Court routinely for over 20 years.

5.      I am a Fellow with the American College of Trial Lawyers, a Senior Fellow with the Litigation Counsel of America, and was selected to join the International Academy of Trial Lawyers.  I have served on the Executive Committee of the American Inns of Court chapter in St. Louis, served on the national board of directors for the American Inns of Court, and was appointed by Chief Justices Rehnquist and Roberts to serve two three-year terms on the Judicial Conference Federal Appellate Rules Advisory Committee.

6.      At the Bar Association of Metropolitan St. Louis annual Law Day event in May 2022, I received the Distinguished Lawyer Award, which is the highest honor given by the association for a lawyer who has made a great and lasting contribution to the St. Louis region.

7.      I also have been recognized as:

- "Lawyer of the Year" for Bet-the-Company Litigation in the St. Louis area
- One of the "Lawyers of the Year" by Missouri Lawyers Weekly
- "Law Firm Leader of the Year" by Missouri Lawyers Weekly
- "Client Service All Star" by BTI Consulting
- "Tier One" counsel by U.S. News and World Report
- "Band 1" leading litigator by Chambers USA in multiple categories

8.      Since becoming a member of the bar of this Court in approximately 1996, I have been responsible for prosecuting and defending innumerable cases in this district.  I have tried eight cases to judgment in the Eastern District of Missouri, including both jury trials and bench trials, several of which were of similar length and complexity to this case or longer, and have tried to judgment many other cases in the Missouri courts and across the country.  I have been lead

counsel in contested evidentiary hearings.  I have handled all aspects of complex cases in this district, including (a) the initial filing of cases; (b) discovery practice and disputes; (c) working with experts; (d) dispositive motions, including motions for summary judgment; (e) pre-trial activities; (f) trials; and (g) post-trial motions.  I have been responsible for many appeals from this district to the Eighth Circuit and have argued approximately 15 times before that Court.

9.      This case presented important issues related to discovery duties, medical causation, expert witnesses, and summary judgment practice.  I have been lead trial counsel in cases involving complex issues of medical diagnoses and medical causation, including those involving claims of wrongful death and substantial claims of pain and suffering.  I have similar experience in the Missouri state court system, as well as other federal and state jurisdictions.  I have extensive experience with the standards for the admission of expert witnesses, as well as the work required to prepare reports, handle depositions, and present at trial.  I have been responsible for the briefing and argument of many motions to dismiss and summary judgment in this district and in other federal and state courts.

10.      I have experience regarding the reasonableness of legal fees in the St. Louis market.  I routinely practice in this geographic area and as such am aware of fees charged and the work and expense associated with various tasks in the litigation process.  I am often responsible for associating with or recommending other lawyers to clients in this market.  I have experience representing law firms regarding the reasonableness of legal fees under Missouri Rule of Professional Conduct 4-1.5.  I have worked with expert witnesses on this subject.  I have been responsible for preparing applications for an award of legal fees and have defended claims where an opposing party has sought legal fees.

- 3 -

11.    I have been responsible on a daily basis for many years for the efficient and cost-effective staffing of teams to handle litigation, including in this district. This experience includes consulting with clients about what work is necessary to properly handle the case; selecting the lawyers to work on each case; assigning tasks within that case to lawyers with the appropriate level of experience; and reviewing work to ensure that necessary work is completed and unnecessary work is not undertaken.

## II.    REQUESTED OPINION

12.    I have been asked to provide an opinion in this matter regarding the reasonableness of the attorneys' fees related to Plaintiff Lady Maakia Charlene Smith's assertion of her claims against Defendants Advanced Correctional Healthcare, Inc., Dr. Arthur Bentley, and Ms. Dionne Kelley (collectively "Defendants") in the case filed in the United States District Court for the Eastern District of Missouri, Case No. 4:20-CV-00804-JMB, captioned *Lady Maakia Charlene Smith, personal representative of the Estate of Bilal Hasanie Hill, deceased v. Advanced Correctional Healthcare, Inc., et al.* (the "Hill Case").

13.    I am being compensated in this matter at the hourly billing rate of $875 per hour for time spent opining on this matter. My compensation does not depend on the results of this request for attorneys' fees.

## III.    OPINION

14.    In my opinion, for the reasons explained below, the attorneys' fees incurred by Plaintiff in this matter in the amount of $1,607,694.40 are reasonable and were necessarily incurred.[1]

---

[1] This figure represents fees for 11 timekeepers for time recorded between the inception of the case in May 2020, through May 31, 2022. I understand that Plaintiff's counsel is also requesting recovery of the fees incurred to write this motion and will be submitting additional hours related thereto. My opinion as to the reasonableness of the rates remains the same for the supplemental fees incurred in bringing this motion.

## IV.    DOCUMENTS AND INFORMATION REVIEWED

15.    I base my opinion regarding the reasonableness and necessity of the requested

attorney's fees on my knowledge and experience, as well my review of the information listed

below.  At all times I was provided access to the records and information I believed were necessary

for me to evaluate the facts and circumstances in pre-trial proceedings and trial of the Hill Case.

16.    My review consisted of the following:

- The court docket in this matter, including a review of key pleadings, motions and associated briefs, and orders;

- The data files reflecting the detailed contemporaneous records of time applied and billed to this matter by Shook, Hardy & Bacon;

- The biographical information concerning each timekeeper, including their title, job duties and responsibilities, and years of experience;

- The market rate for legal services in the Eastern District of Missouri;

- Missouri Rule of Professional Conduct 4-1.5 [2]; and

- Interviews with Charles Eblen, Esq. and Brandon Gutshall, Esq. concerning the representation in this matter and the scope of the relationship between Plaintiff and Shook, Hardy & Bacon.

---

[2] Under Rule 4-1.5, the factors to be considered in determining the reasonableness of a fee include:
> (1) the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly;
> (2) the likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the lawyer;
> (3) the fee customarily charged in the locality for similar legal services;
> (4) the amount involved and the results obtained;
> (5) the time limitations imposed by the client or by the circumstances;
> (6) the nature and length of the professional relationship with the client;
> (7) the experience, reputation, and ability of the lawyer or lawyers performing the services; and
> (8) whether the fee is fixed or contingent.

## V.    **BASIS FOR OPINION**

17.    In arriving at the amount of a reasonable fee, I have specifically considered the following factors from Rule 4-1.5, as they relate to this matter:

###### a.    *The Time and Labor Required*

18.    In my opinion, the fees incurred by Plaintiff are reasonable because Shook, Hardy & Bacon's bills reflect a reasonable amount of time and labor required to accomplish the tasks effectively and efficiently.    Shook, Hardy & Bacon has submitted records reflecting time committed to this case in the amount of 3,351 hours.  This time was allocated 41% to partners, 17% to associates, and 42% to staff, an allocation that appears reasonable on its face and is in fact reasonable when analyzed in detail as to the nature of work performed by each timekeeper. This time was expended over a 24-month period in a hard-fought case.  In this case, Shook, Hardy & Bacon was required to:

- Address and fully brief many legal motions, including but not limited to a motion to dismiss, a motion for judgment on the pleadings, and motions for summary judgment;

- Address and fully brief discovery motions (including requests for sanctions for alleged discovery violations);

- Review and understand over 8,000 pages of produced documents;

- Respond to many interrogatories, requests for production, and requests for admissions;

- Prepare for and attend 29 depositions, including two 30(b)(6) witnesses;

- Coordinate with Plaintiff's medical experts;

- Prepare for Defendants' four experts;

- 6 -

- Know and deeply understand over 200 trial exhibits, comprising of thousands of pages; and

- Attend and participate in seven days of trial.

19.     Moreover, a review of the contemporaneous time records demonstrates that they adequately describe tasks performed in sufficient detail to permit a reasonable understanding of the nature of the work performed, and the time spent performing each task.  Further, review of these records reflects no unreasonable duplication of time or labor by the attorneys.

### b.     *The Novelty and Difficulty of the Questions Involved*

20.     In my opinion, the fees incurred by Plaintiff are necessary and reasonable because the issues raised in this lawsuit were emotionally charged, complex, and difficult.  As evidenced by the verdict, this was a high-stakes, high-damages injury case that was worked up and tried with the diligence and resources necessary to prosecute such a case.  Plaintiff took over the case after her brother, the initial claimant, passed away due to the lung cancer that Defendants failed to treat. Plaintiff faced an uphill battle against a large, multi-state private company with a history of defending litigation.  Defendants, who were experienced with this kind of claim, fought every step of this litigation, and are not typical §1983 defendants, such as municipalities.  Additionally, the complexity of the underlying facts was greatly increased because Plaintiff was prepared to argue a lost chance of survival claim, which required analysis of Mr. Hill's medical condition prior to passing away as well as his likelihood of survival had he received appropriate treatment.

### c.     *The Skill and Expertise Required to Properly Handle the Case*

21.     In my opinion, the fees incurred by Plaintiff are necessary and reasonable because Plaintiff's claims commanded the use of counsel with only the highest of skills and expertise. First, there was too much at stake to prosecute these claims without highly skilled and expert counsel.

- 7 -

This risk will be discussed in further detail below in the subsection dealing with the significance of the representation. Second, as identified above, some of the legal issues raised were complex and required the highest skillset as well.

       *d.*     *The Likelihood that the Acceptance of the Matter Would Preclude Other Employment by the Lawyer*

22.     This factor does not apply and has therefore not been considered.

       *e.*     *The Fee, or Rate of Fee, Customarily Charged in this Locality for Legal Services of a Comparable or Similar Nature*

23.     In my opinion, the fees incurred by Plaintiff are reasonable because the rate of fees charged by Shook, Hardy & Bacon in this matter are within the range of fee rates customarily charged in this district for legal services of a similar or comparable nature. In reaching this opinion, one fundamental question is defining what kinds of cases are of a "comparable or similar nature" to this one. This case is, in one sense, a civil rights case brought under § 1983. However, § 1983 cases present many different issues, just as describing a case as a "tort" matter does not describe the relative complexity of a specific case.

24.     Section 1983 cases can vary dramatically in degree of risk, complexity, the need for discovery, the need for experts, and whether there will be a jury trial. This particular case is different from many § 1983 cases given that (a) the primary defendant is a private company with what I understand to be a long-standing approach of not settling and aggressively defending cases; (b) the case presented many issues requiring review of medical records, and the location and retention of medical experts regarding damages and causation; and (c) the case presented discovery and dispositive motion practice very much akin to high-stakes personal injury and medical malpractice cases. As a result, I define "cases of a comparable or similar nature" to this one as cases involving high-stakes litigation over a substantial sum of money involving expert witnesses,

anticipated dispositive motions, and jury trial work – a highly specialized field that commands higher rates than other types of work.

25.     I am familiar with the rates charged in St. Louis and surrounding communities for this kind of high-stakes litigation. Based on my knowledge of the market and as described in more detail below, the rates requested in this matter are reasonable.

26.     I have also reviewed several data points that I consider relevant:

- • I reviewed the February 21, 2020, Order of Judge Webber in *Howard, et al. v. Cassity, et al.*, Case No. 4:09-CV-01252 (ED Mo.). This was a complex case that involved extensive expert work, complex issues, and contested litigation. (I represented the defendant PNC Bank in the appeal of the initial jury verdict and in the second trial.) In that case, Judge Webber approved partner rates that "ranged from $425 – 712.69 an hour" for work performed in 2019 and 2020. ECF #3043, p.15. Judge Webber held, "Based on Missouri billing rates, the range conforms to rates charged by Missouri firms." *Id.* I believe that the $712/hour rate would have increased by approximately $40/hour (or 3% per year) for work done in 2022.

- • I have reviewed the Missouri Lawyer's Weekly rate surveys for 2019, which I attach as Exhibit A. I am personally very familiar with the practices of the St. Louis lawyers listed in the 2019 survey in the "Highest Missouri Rates" categories. Those lawyers work on cases that are similar and comparable to a multi-million-dollar federal lawsuit involving complex issues and hard-fought litigation against a defendant that planned to defend the case all the way to trial. The listed lawyers in St. Louis include the Gray Ritter firm, who reported rates between $695-$865/hour. In addition, the Holland Law Firm is in St. Louis and its work often involves

- 9 -

complex cases, including those with extensive medical expert testimony. The rate for 2019 for that firm was $850/hour. This high-end rate of $850-865/hour remains indicative of the market for lead lawyers on cases of this nature. This market rate has not decreased in the past 2-3 years.

- I have reviewed the Missouri Lawyer's Weekly rate survey for 2021, which I attach as Exhibit B. (There was no survey in 2020 due to Covid-related court closings and the resulting lack of data regarding rates for 2020.) The 2021 Missouri Lawyers Weekly report noted that due to Covid, the available data was not as extensive as in the past. The top rate for a lawyer in Missouri in 2021 that is reported is $790/hour. I am very familiar with that lawyer and knowledgeable about his practice and do view it as a relevant benchmark for work in this St. Louis case, even if his office is in Kansas City.

- Regarding the 2021 Missouri Lawyer's Weekly report, seven of the nine St. Louis lawyers listed practice at Armstrong Teasdale and the fees range between $605 and $650/hour. I reviewed the fee applications filed in the Eastern District of Missouri (and approved by the court) for the relevant matters, which are the Payless Bankruptcy (Case No. 19-40883-659, ECF #1927) and the Foresight Bankruptcy (Case No. 20-41308-659, ECF #676). This review confirmed that some of the work performed at approximately $625/hour was for litigation or adversarial proceedings. (That work does not involve jury-trial work, which can be more complex.) In addition, the rates for the lead lawyers in these cases (from other cities) were approved at over $1,000/hour, even though the case was filed in the Eastern District of Missouri. The review confirmed that those rates were for work

in 2020, which is now two years ago.  Regardless, I view these court-approved fee applications for Amstrong Teasdale as a relevant data point (especially for the partner rates of Mr. Gutshall and Ms. Heinz) but believe that the lead-counsel jury-trial work at issue in this case commands higher fees in the market and that these rates have increased in the two years since 2020.

- I have reviewed this Court's prior ruling on attorney's fees in the context of a discovery dispute. ECF #183.  In that ruling, the Court noted that Plaintiff had not provided documentation in support of the initial application and had not provided any affidavits as to the reasonableness of the fees sought.  I understand that the first issue has been remedied, and as to the second issue, I have been asked to provide an affidavit as to reasonableness.  Moreover, on the issue of defining what cases might be "similar" or "comparable" to this case, important events took place after that August 16, 2021, ruling related to discovery briefing.  More than 80 docket entries followed the ruling and, most relevant for my opinions, the further development of the case and the evidence revealed at trial help to define the "similar" or "comparable" work for this case.  Further, additional information regarding reasonable fees in this district is now available.

- I have also reviewed the two engagement letters provided to the Court *in camera* associated with the prior fee request discussed above.  These letters indicate that the Shook, Hardy & Bacon team does actually achieve the rates set forth in the letters.  It is evidence that rates are reasonable if clients are willing to pay those rates, albeit in different cases involving different legal theories.  These rates are comparable to (or higher than) what is requested here.

- 11 -

27.     As reflected in the time detail submitted for my review, Shook, Hardy & Bacon billed hourly rates that are within those customarily charged in the Eastern District of Missouri for legal services of a comparable or similar nature.  In my opinion, and as set forth above, there are three relevant data points beyond my knowledge of rates reasonably charged in this market for the work of lead lawyers in cases:  the inflation-adjusted rate (~$750/hour) approved by Judge Webber in 2021; the range of St. Louis lawyers in the top-group of lawyers found in the 2019 Missouri Lawyers' Weekly report (~$830/hour); and the top rate listed in the 2021 Missouri Lawyer's Weekly report ($750).

> f.      *The Significance of or Amount Involved in the Subject Matter of the Representation*

28.     In my opinion, the fees incurred by Plaintiff are necessary and reasonable because this matter was significant to Plaintiff, justifying the engagement of and payment for high quality counsel.  This matter was significant in at least two respects.  First, this matter was significant in terms of dollar exposure to Defendants as Plaintiff sought damages in excess of $5 million.  That is a significant number that merits the appropriate application of resources to bring this kind of claim.  Second, and more important than the dollar exposure, this case was significant to Plaintiff in terms of vindicating her late brother's constitutional rights and protecting other inmates from Defendants' negligent practices.  Recognizing how significant this case was to Plaintiff, Shook, Hardy & Bacon counsel did not treat her claims as a piece of routine litigation.

> g.      *The Responsibility Involved in the Representation and the Results Obtained*

29.     In my opinion, the fees incurred by Plaintiff are necessary and reasonable in light of the result obtained.  After two years of contentious litigation and seven trial days, Mr. Hill was completely vindicated by the jury's verdict that Defendants were liable for medical negligence and the Court's final judgment in favor of Plaintiff as to all claims.

30.     In terms of evaluating the rates, hours, and degree of success obtained, it is useful to assess the overall value provided to the client who is represented by the attorneys.  Fees that match or even exceed the result obtained (even if nominally a "victory" in the sense that the client prevailed on a claim) are considered in my experience to be a sign that either the rates were too high or the hours spent were not reasonable.  In contrast, a situation where fees that are a reasonable percentage of the overall recovery is a sign that the lawyers provided significant value to the client and are reasonable.  Here, the fee request when compared to the verdict is a strong sign that the case was staffed efficiently and that the rates are appropriate.  While I have evaluated the hours spent and the rates independently, a reasonable fee usually exists when a reasonable client would believe that the fees charged are proportionate to the result obtained.  This is a useful check on my overall opinion of reasonable of rates and hours.  Here, Shook, Hardy & Bacon's request meets this standard when the amount of the fees is compared to the result obtained.

   h.  *The Time Limitations Imposed by the Client or by the Circumstances*

31.     This factor does not apply and was therefore not considered.

   i.  *The Nature and Length of the Professional Relationship with the Client*

32.     This factor does not apply and was therefore not considered.

   j.  *The Experience, Reputation, Diligence, and Ability of the Lawyer or Lawyers Performing the Services*

33.     In my opinion, the attorneys' fees incurred by Plaintiff are reasonable in light of the experience, reputation, diligence, and ability of her legal team.  I have reviewed the biographical information of each of the attorneys who participated on Plaintiff's team and contributed to the total hours reflected above.  They reflect excellent credentials, deep experience in the litigation, and trial of significant matters.  They are high-caliber advocates who have earned their reputations through ethical, zealous, and effective representation of their clients.  Their

- 13 -

backgrounds were described to me by the trial team and are included below and in the attached Exhibit C for the current members of the firm:

- **Charlie Eblen (Partner)** – Mr. Eblen has practiced law in Missouri for nearly 19 years and is a fellow in the American College of Trial Lawyers. He has also been selected to join the International Academy of Trial Lawyers. Mr. Eblen represents clients in high-stakes cases in jurisdictions across the United States and currently serves as national trial and appellate counsel for a several multinational corporations. He has defended a range of clients in matters involving a wide variety of subjects, including the defense of international corporations in antitrust and RICO litigation; federal criminal and civil rights litigation on behalf of those unable to afford representation; complex commercial matters; as well as consumer protection, mass tort, catastrophic injury/wrongful death, class action, and product liability matters for many different industries. Prior to starting at Shook, Hardy & Bacon, he graduated *cum laude* from Tulane University Law School.

- **Brandon Gutshall (Partner)** – Mr. Gutshall has practiced law in Missouri for nearly 13 years. He serves as National Product Liability Counsel for a privately held $2 billion company with more than 50 separate operating entities in diverse economic sectors. His litigation practice is concentrated on representing clients in a wide variety of complex business and product liability disputes, including multi-million-dollar claims relating to breach of contract, commercial fraud, insurance, and warranty actions. He also regularly performs litigation risk assessments in which he counsels clients to minimize their liability exposure. Prior to starting at Shook, he graduated from the University of Missouri Kansas City, School of Law

where he was the Editor-in-Chief of the UMKC Law Review and graduated number one in his law school class.

- **Lindsey Heinz (Partner)** – Ms. Heinz has practiced law in Missouri for nearly 13 years. She has litigated both individual and complex tort cases in state and federal courts throughout the country, and has experience in all stages of litigation, including case strategy and development, depositions, expert witness preparation, motion practice and trial. She also defends corporations facing class action claims, particularly those involving allegations of false and misleading marketing, and she has successfully defended against class certification. Prior to starting at Shook, Hardy & Bacon, she graduated from the University of Kansas School of Law where she served as the Managing Editor for *Kansas Law Review*.

- **Austin Borgmeyer (Sr. Associate)** – Ms. Borgmeyer, a former law clerk to the Honorable Judge David Gregory Kays of the Western District of Missouri, worked in the General Litigation group of Shook, Hardy & Bacon for over four years. During this time, she handled complex cases and was responsible for all litigation activities from the initial strategy and planning, to briefing motions for summary judgment. For this matter, she assisted with drafting the initial pleadings, as well as the motion related to sanctions.

- **Andre Tinoco (Sr. Associate)** – Mr. Tinoco, an associate at Shook, Hardy & Bacon since 2017, is responsible for the pre-trial preparation of numerous cases. In addition to developing overall case strategies, ensuring compliance with pre-trial deadlines, responding to pleadings, and responding to and drafting written discovery requests, he identifies and deposes fact witnesses. In this matter, Mr.

- 15 -

Tinoco deposed numerous fact witnesses as well as assisted with the mediation statement.

- **Jordan Kane (Mid-level Associate)** – Ms. Kane worked at Shook, Hardy & Bacon for nearly three years, and her practice included work in the automotive, toxic tort, and construction sectors. Ms. Kane took the lead in handling many of the summary judgment and other legal issue motions. In addition to assisting with briefing throughout the case, Ms. Kane deposed several fact witnesses; these depositions were played at trial and proved to be pivotal.

- **Sangeeta Shastry (Mid-level Associate)** – Ms. Shastry, an associate in Shook, Hardy & Bacon's product liability group, handles matters at every phase from initial client counseling to preparation for appeal. Before entering the legal profession, Ms. Shastry worked as a journalist, completing internships with The Kansas City Star, KCUR-FM, and working as a social media manager for the University of Missouri – Columbia School of Law. In this matter, Ms. Shastry conducted legal research, drafted demand letters, and assisted with expert witness preparation.

- **Hannah Smith (Jr. Associate)** – Ms. Smith is a junior associate in the General Liability group. She works on matters ranging from MDLs to individual personal injury claims and has participated in a § 1983 jury trial in the Southern District of Florida. On this matter, Ms. Smith assisted by conducting legal research and drafting the jury instructions.

- **Christina Shoeppey (Sr. Research Analyst)** – Ms. Shoeppey has been with Shook, Hardy & Bacon for over ten years, providing services related to the

- 16 -

examination of medical records. In this matter, Ms. Shoeppey reviewed all of the medical reports and provided detailed analysis and summaries to the team.

- **Nancy Anderson (Project Manager)** – Ms. Anderson has worked at Shook, Hardy & Bacon for over 35 years. Ms. Anderson coordinated each step of the litigation, providing support from filing the complaint to assisting with the fee petition. She is currently a project manager with responsibilities related to case oversight and management.

- **Troy Hewitt (IT Support)** – Mr. Hewitt, a Senior Technical Graphics Specialist, has been with Shook, Hardy & Bacon for over 20 years. Mr. Hewitt assists trial teams with many services, ranging from technical support during trial to helping prepare demonstratives. He assisted the team throughout this litigation helping with depositions and hearings and at trial.

34.     Beyond observing from the transcripts and pleadings the quality of the work by lawyers who examined witnesses and drafted pleadings, the trial transcript also reveals a first-rate trial support team. The trial transcript shows an entire team that was prepared and who spent significant time and skill in the planning and presentation of evidence in a manner that the jury could understand (including by use of trial presentation software). Trial presentation at this level is not common and when it exists it commands rates at the high end of the market. This skill made the jury's experience better than it otherwise would have been and allowed the jury to understand the case better than it otherwise would have. The skill of the trial team places the overall team at the high end of rates for each team member at their respective levels of experience and responsibility.

- 17 -

35.     The requested hourly rates, which in my opinion are reasonable, for all timekeepers

are as follows:

| Name | Title | 2020 | 2021 | 2022 |
|------|-------|------|------|------|
| Charlie Eblen | Partner | $750 | $770 | $790 |
| Brandon Gutshall | Partner | $495 | $562 | $634 |
| Lindsey Heinz | Partner | $495 | $562 | $634 |
| Austin Borgmeyer | Sr. Associate | $405 | $455 | $527 |
| Andre Tinoco | Sr. Associate | $360 | $396 | $482 |
| Jordan Kane | Mid-level Associate | $333 | $378 | $446 |
| Sangeeta Shastry | Mid-level Associate | $333 | $378 | $446 |
| Hannah Smith | Jr. Associate | n/a | $324 | $374 |
| Christina Schoeppey | Sr. Research Analyst | $266 | $315 | $356 |
| Nancy Anderson | Project Manager | $266 | $266 | $297 |
| Troy Hewitt | IT Support | $180 | $266 | $297 |

     *k.*     *The Skill, Expertise, and Efficiency of Effort Reflected in the Actual Provision of Such Services*

36.     In my opinion, the attorney's fees incurred by Plaintiff are reasonable in light of

the skill, expertise, and efficiency of effort reflected in the actual provision of the services. The

written work filed with the Court reflects the defense team's high litigation skill and expertise. I

reviewed the available trial transcripts. These transcripts reflect excellent trial skills and expertise.

Lastly, the time records reflect an efficiency of effort in Shook, Hardy & Bacon's actual provision

of legal services. As one example, the team chose not to depose the Defendants' experts, believing

that effective cross-examination could be accomplished without incurring the expense.

     *l.*     *Whether the Fee is Fixed or Contingent*

37.     This factor does not apply to a request for a fee award under a fee-shifting statute.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2022.

_____

James F. Bennett, Esq.

# Exhibit A to Declaration of James F. Bennett As To Reasonableness of Attorneys' Fees



# Welcome to Billing Rates 2019

This year's edition features an expansive set of data. We found rates for 213 Missouri-based attorneys and 77 Missouri staff members. We also feature rates for 18 lawyers and staff who work at out-of-state offices of Missouri or metro-area firms. For more rates of out-of-state attorneys who did work in Missouri in the last year, please visit us online at molawyersmedia.com.

A large portion of that data is thanks to a massive class-action settlement with Syngenta regarding its use of genetically modified corn. A federal judge gave final approval late last year to a $1.51 billion class-wide settlement — the largest Missouri case of 2018 as tracked by Missouri Lawyers Media.

A third of that settlement went to fees for hundreds of lawyers across the country who aided in the litigation. The filings in support of that fee application also reveal the biggest hourly fees in this year's Billing Rates edition — $865 an hour for the partners at Stueve Siegel Hanson and Gray, Ritter & Graham who led the case.

The median hourly rate for Missouri lawyers as a whole was $370 an hour, up from the $318 median rate we reported in 2018. Outside of the state's two metropolitan areas, the median remained at $250.

In Kansas City, the median rate was $405 an hour, up from $350 the prior year. The median partner charged $475 an hour, while the median associate rate was $345. In St. Louis, the median rate was $343, with the median partner charging $390 and the median associate charging $298. St. Louis figures were calculated from a pool of 96 attorneys, while the Kansas City figures were from a pool of 178 lawyers.

### ■ METHODOLOGY

Missouri Lawyers Media gathers hourly rates from fee applications filed with courts within the past 12 months. Rate information from courts generally came from bankruptcy cases, class-action lawsuits and cases in which the prevailing side was able to request its legal costs under a fee-shifting statute, such as in employment and civil-rights cases. Some rates also came from agreements with public entities for legal advice on specific projects.

Where possible, we use the attorney's standard or customary rates, rather than the rate the court applied or discounted rates offered to a particular client. Rates can vary according to the case or client, so one listed rate for an attorney might not apply in other cases.

The rates are a sampling only. Though drawn from recent court filings, some fee requests were for work performed in previous years, so rates might have changed in the meantime. Wherever possible, we have used the most recent available rates.

Attorneys are listed with the firm or organization where they worked at the time the fee request was made. They might have changed firms or been promoted since then, or the firm might have changed names or ceased to exist.

Information on titles, practice specialties and office locations comes primarily from fee applications, supplemented with information from firm websites. Practice listings typically describe the type of case for which the fee was incurred, which might not be the attorney's main area of practice.

Attorneys and staff in offices near the metropolitan St. Louis area in Illinois and the metropolitan Kansas City area in Kansas were counted as in-state rates. If it was not clear where staff members were located, we generally list them as being in the location of the firm's headquarters.

*Reporters Scott Lauck, Jessica Shumaker and Nicholas Phillips, and freelance researcher Jennie Goodman researched the listings.*

**HOURLY RATES FOR**

**213** Missouri attorneys

**77** Missouri staff

**18** Out-of-state attorneys

# Lawyer's fees prompt fight under Sunshine Law

**By Scott Lauck**
*slauck@molawyersmedia.com*

A media organization in Kansas City is in the midst of a Sunshine Law fight with Clay County after an attempt to see how much an attorney was charging the county resulted in a large legal bill.

"If this is not 'Alice in Wonderland,' I don't know what it is," said Bernie Rhodes of Lathrop Gage, an attorney for The Kansas City Star. "Where does the rabbit hole end?"

Cypress Media LLC, which operates The Star, sued Clay County in May alleging the county had violated the Sunshine Law by trying to charge The Star $4,200 to fulfill a request for records. A reporter for The Star, curious about the county's contract for outside legal work with Spencer Fane, had requested copies of itemized billing statements and invoices.

W. Joseph Hatley, a Spencer Fane partner representing the county, said in a letter to The Star's attorney that it would take him 15 minutes per page to review the 45 pages of his own bills for any privileged material. The resulting day-and-a-half job, Hatley estimated, would come to about $4,200 at $373.50 per hour, the rate he charged the county. (Hatley's standard rate, according to the court filing, was $415 an hour.)

Rhodes, in a letter responding to Hatley, called that an "inflated" estimate meant to hide the billing entries from disclosure. To illustrate, Rhodes said he was able to review a similar stack of billing documents "during a single episode of NCIS: New Orleans (including fast-forwarding through the commercials)."

Rhodes charges The Star a rate of $425 per hour, discounted from his usual $610, he said. The total cost for his review was $382.50.

The lawsuit has been delayed in Clay County Circuit Court while the Supreme Court appointed an outside judge to handle the matter. The county hasn't formally responded to the suit. Hatley didn't respond to a request for comment.

If The Star ultimately prevails, it might be able to recover its attorneys' fees. Until recently, actually recovering such fees seemed a dim possibility. But recent rulings have given some lawyers hope.

In February, Jackson County Circuit Judge S. Margene Burnett ordered the city of Raytown to pay $4,000 in civil penalties and more than $38,000 in attorneys' fees after it refused to release records concerning an intersection where a fatal vehicle crash occurred.

The city had cited the information's potential use for litigation against the city, but Burnett found the refusal constituted a knowing and purposeful violation of the Sunshine Law. The city, she wrote, had tried to use the law as a "shield to hide behind rather than shed light on potentially inappropriate government activity."

Plaintiffs who are wrongfully denied access to public records may recover their attorneys' fees at the judge's discretion if the agency denial was "knowing," and the fee award is mandatory if the violation is "purposeful." But in 2016, the Missouri Supreme Court held in *Laut v. City of Arnold* that a knowing violation "requires proof that the public entity knew that its failure to produce the report violated the Sunshine Law." A dissent in that case said such a stringent definition made a knowing violation the "functional equivalent" of a purposeful violation.

The Jackson County ruling came a month after the Court of Appeals Western District affirmed a different judge's ruling last year that the Cole County Prosecuting Attorney had violated the law by failing to turn over records for a drug task force. That case involved a $12,000 civil penalty and an award of $14,000 in attorneys' fees.

Rhodes said despite those victories, he still advises clients to be aware that they might get stuck with the bill. As a result, he said, most are limiting Sunshine Law suits to only those situations that are plainly illegal and serve an important point.

"I'm happy to ask for fees, but they should be prepared to go forward with the lawsuit without assuming they're going to get their fees paid," he said.

The case is *Cypress Media LLC v. Clay County*, 19CY-CV05332.



# Judge: Watch for 'red flags' in fee requests

BY SCOTT LAUCK
*slauck@molawyersmedia.com*

If you've ever thought submitting an application for attorneys' fee is a tedious and time-consuming job, think of the judge on the receiving end of your request.

"We want to be lawyers, not accountants," said Judge Nanette K. Laughrey.

Laughrey, a senior U.S. district judge for the Western District of Missouri, gave her candid thoughts on awarding attorneys' fees in federal litigation during a May 30 CLE program organized by the National Association of Legal Fee Analysis. Joined by James G. Carr, a senior judge for the Northern District of Ohio, Laughrey stressed the importance of crafting a solid and reasonable fee request.

"It's worth your time and doing a good job in front of the district court if you want to be successful on your fee application or you want to defeat a fee application," she said.

By that, Laughrey didn't necessarily mean that it should be as detailed as possible, nor that it should shoot for the moon in an attempt to get the biggest award possible. As a long-sitting judge in Missouri who often has watched the case unfold from the time it was filed, Laughrey said she typically makes a "gut call" as to whether the fee request makes sense.

"Once there's a red flag, there's much more scrutiny," she said. "For the most part, I look at the fees, I have a gut reaction to them, I compare them to other fees I've awarded in similar kinds of cases, and it's not a complicated process. But when it is a complicated process, it's much more time-consuming."

Carr agreed, saying attorneys should avoid putting the judge in the position of acting like a cost-conscious client demanding to know what every charge was for.

"I'll be quite blunt: It's the one part of my job I don't look forward to a whole lot," Carr said.

Both judges said they dislike challenging lawyers on their fee applications, which can feel like a challenge to the lawyers' integrity and skillfulness. Both also said they prefer to reduce either the hourly rate or the number of hours awarded rather than deny an award outright.

Still, there are some red flags they watch for. Laughrey said she sometimes will see applications in which a lawyer has claimed more than 24 hours of time in a single day. That seemingly impossible outcome can be a product of the lawyers' minimum increment of time — the task took only a minute, but the lawyer tracks his or her time in 10ths of an hour.

"If the judge sees that you're working more than 24 hours in a day, there's something there going on that doesn't make sense," she said.

Laughrey said she requires fee applications to be submitted in searchable form so her staff can convert the contents to a spreadsheet for easy analysis.

In November 2018, Laughrey presided over a particularly testy fee fight in a Missouri case that went to the U.S. Supreme Court. Trinity Lutheran Church prevailed in a religious-discrimination suit after the state of Missouri refused to let the church's daycare participate in a program to use recycled tire scraps to resurface its playground.

After prevailing in the high court, the attorneys for the church asked for more than $890,000 in fees. Laughrey approved less half of that, with a final award of about $434,000.

The church primarily was represented by Alliance Defending Freedom, a Christian organization that handles religious-freedom cases. Laughrey said the attorneys had excessive hours for basic research and case preparation, and that some lawyers asked for fees that were out of line for what was ultimately a Missouri case.

"There's a real relationship between the hourly rate and what's an excessive fee or excessive billing,"
she said. "If you're getting $500 an hour, and you're doing very, very basic research in an area you should know about, that's probably excessive, given that rate."

In contrast, Laughrey pointed to a groundbreaking class-action lawsuit involving recordkeeping fees charged to a 401(k) plan. The case, which has gone on for more than 12 years, reached a $55 million preliminary settlement earlier this year.

Although the fee applications hadn't been submitted at the time Laughrey spoke, she said she would likely consider such factors as the complexity and longevity of the case, as well as the fact that it was the first case to go to a trial using what was then a little-used provision of the Employee Retirement Income Security Act.

Laughrey noted that, while there are good First Amendment lawyers across the country, the St. Louis law firm of Schlichter Bogard & Denton became national experts in ERISA litigation.

"They certainly seem to have earned their money," she said.

The law firm subsequently has submitted a request for $18.3 million in fees, constituting a third of the settlement fund. Laughrey is scheduled to consider the application at the settlement's final hearing on Aug. 13.



**ATTORNEY RATE RANGES**

*For Missouri-based firms; may be in other locations

**Exhibit A**
**Page 3 of 8**

**BILLING RATES**

AUGUST 2019 | **Missouri Lawyers Media** | WWW.MOLAWYERSMEDIA.COM

## HIGHEST MISSOURI RATES

| RANK | FIRM | HOURLY RATE | NAME | TITLE | CITY | PRACTICE |
|------|------|-------------|------|-------|------|----------|
| 1 | Gray, Ritter & Graham | $865 | Don Downing | Director/Shareholder | St. Louis | Class Action/MDL |
| 1 | Stueve Siegel Hanson | $865 | Norman Siegel | Partner | Kansas City | Class Action/MDL |
| 1 | Stueve Siegel Hanson | $865 | Patrick Stueve | Partner | Kansas City | Class Action/MDL |
| 4 | Holland Law Firm | $850 | Eric D. Holland Sr. | Partner | St. Louis | Class Action/MDL |
| 5 | Gray, Ritter & Graham | $825 | Gretchen Garrison | Principal | St. Louis | Class Action/MDL |
| 5 | Stueve Siegel Hanson | $825 | Steve Six | Partner | Kansas City | Class Action/MDL |
| 7 | Shook, Hardy & Bacon | $770 | Stan Sexton | Partner | Kansas City | Public Interest Class Action |
| 8 | Stinson Leonard Street | $730 | Daniel Bukovac | Partner | Kansas City | Class Action/MDL |
| 9 | Shamberg, Johnson & Bergman | $725 | Lynn Johnson | Partner | Kansas City | Class Action/MDL |
| 9 | Stueve Siegel Hanson | $725 | Rachel Schwartz | Partner | Kansas City | Class Action/MDL |
| 9 | Walters Bender Strohbehn & Vaughan | $725 | Thomas Bender | Partner | Kansas City | Class Action/MDL |
| 12 | Gray, Ritter & Graham | $695 | Jason Sapp | Partner | St. Louis | Class Action/MDL |
| 12 | Stueve Siegel Hanson | $695 | Bradley Wilders | Partner | Kansas City | Class Action/MDL |
| 14 | Shook, Hardy & Bacon | $680 | Andrew Carpenter | Partner | Kansas City | Public Interest Class Action |
| 15 | Miller Schirger | $675 | John Schirger | Partner | Kansas City | Class Action/MDL |
| 15 | Miller Schirger | $675 | Matthew Lytle | Partner | Kansas City | Class Action/MDL |
| 15 | Paul LLP | $675 | John Cracken | Of Counsel | Kansas City | Class Action/MDL |
| 18 | Paul LLP | $650 | Rick Paul | Partner | Kansas City | Class Action/MDL |
| 19 | Armstrong Teasdale | $645 | Scott Hunt | Partner | St. Louis | Bankruptcy |
| 19 | Armstrong Teasdale | $645 | William M. Corrigan Jr. | Partner | St. Louis | Breach of Contract |
| 19 | Thompson Coburn | $645 | Mark Bossi | Partner | St. Louis | Bankruptcy |

## IN-STATE

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|-------------|------|-------|------|---------------|------|
| **ACCESS DISABILITY** | | | | | |
| $202 | David D. Camp | Partner | St. Louis | Social Security Disability | 2019 |
| **AFFINITY LAW GROUP** | | | | | |
| $315 | J. Talbot Sant Jr. | Of Counsel | St. Louis | Bankruptcy | 2019 |
| **ALLIANCE DEFENDING FREEDOM** | | | | | |
| $495 | Erik Stanley | Senior Counsel | Leawood, Kansas | First Amendment Litigation | 2018 |
| $450 | Joel Oster | Senior Counsel | Leawood, Kansas | First Amendment Litigation | 2018 |
| **ARMSTRONG TEASDALE** | | | | | |
| $645 | Scott Hunt | Partner | St. Louis | Bankruptcy | 2019 |
| $645 | William M. Corrigan Jr. | Partner | St. Louis | Breach of Contract | 2019 |
| $605 | David Going | Partner | St. Louis | Bankruptcy | 2019 |
| $605 | Richard Engel Jr. | Partner | St. Louis | Bankruptcy | 2019 |
| $485 | Jeffrey L. Schultz | Partner | St. Louis | Breach of Contract | 2019 |
| $455 | Scott Jansen | Partner | St. Louis | Bankruptcy | 2019 |
| $425 | Eric Walter | Partner | St. Louis | Breach of Contract | 2019 |
| $325 | Ben Musholt | Associate | Jefferson City | Bankruptcy | 2019 |
| $325 | Erin Edelman | Associate | St. Louis | Bankruptcy | 2019 |
| $325 | John Willard | Associate | St. Louis | Bankruptcy | 2019 |
| $325 | Lucas Pendry | Associate | St. Louis | Breach of Contract | 2019 |
| $295 | John Moore | Associate | St. Louis | Bankruptcy | 2019 |
| $275 | Patricia Beckerle | Associate | St. Louis | Bankruptcy | 2019 |
| $260 | Han Liu | Associate | St. Louis | Bankruptcy | 2019 |
| $215 | Theresa Ritter | Paralegal | St. Louis | Bankruptcy | 2019 |
| $180 | Brandi Vogt | Paralegal | St. Louis | Bankruptcy | 2019 |
| $150 | Barbara Bathe | Specialist | St. Louis | Bankruptcy | 2019 |
| $150 | Julia Renaud | Specialist | St. Louis | Bankruptcy | 2019 |
| $125 | Susan Williams-Umstead | Paralegal | Kansas City | Bankruptcy | 2019 |
| **BARRY S. GINSBURG, ATTORNEY AT LAW** | | | | | |
| $275 | Barry S. Ginsburg | Attorney | St. Louis | Breach of Contract | 2018 |
| **BRATCHER GOCKEL LAW** | | | | | |
| $500 | Lynne Bratcher | Partner | Kansas City | Employment | 2018 |
| $500 | Marie Gockel | Partner | Kansas City | Employment | 2018 |
| $150 | Mike Bell | Paralegal | Kansas City | Employment | 2018 |
| **BROWN & RUPRECHT** | | | | | |
| $300 | Frank Wendt | Partner | Kansas City | Business Litigation | 2018 |
| $195 | Kurt S. Brack | Partner | Kansas City | Business Litigation | 2018 |
| $85 | N/A | Paralegal | Kansas City | Business Litigation | 2018 |

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|-------------|------|-------|------|---------------|------|
| **BROWN & WATKINS** | | | | | |
| $550 | C. Jason Brown | Partner | Gower | Class Action | 2019 |
| $550 | Jayson Watkins | Partner | Gower | Class Action | 2019 |
| $100 | N/A | Paralegal | Gower | Class Action | 2019 |
| **CARMODY MACDONALD** | | | | | |
| $395 | Robert E. Eggmann | Principal | St. Louis | Bankruptcy | 2019 |
| $385 | Spencer Desai | Partner | St. Louis | Bankruptcy | 2019 |
| **COVER & HILTON** | | | | | |
| $200 | Cary V. Cover | Partner | Clinton | Receivership | 2019 |
| **DANNA MCKITRICK** | | | | | |
| $385 | A. Thomas DeWoskin | Principal | St. Louis | Bankruptcy | 2019 |
| **DAVID SCHROEDER LAW OFFICE** | | | | | |
| $300 | David Schroeder | Attorney | Springfield | Bankruptcy | 2019 |
| **DAVIS GEORGE MOOK** | | | | | |
| $575 | Tracey F. George | Partner | Kansas City | Class Action | 2019 |
| **DENNIS W. FOX & ASSOCIATES** | | | | | |
| $201 | Jennifer Van Fossen | Attorney | St. Louis | Social Security Disability | 2019 |
| **DOBSON, GOLDBERG, BERNS & RICH** | | | | | |
| $450 | Johnathan C. Berns | Partner | St. Louis | Employment | 2019 |
| **FISHER PATTERSON SAYLER & SMITH** | | | | | |
| $160 | Lawrence Pratt | Partner | St. Louis | Litigation | 2019 |
| **FOULSTON SIEFKIN** | | | | | |
| $525 | Scott Nehrbass | Partner | Kansas City, Kansas | ERISA Class Action | 2018 |
| $415 | J. Steven Massoni | Special Counsel | Kansas City, Kansas | ERISA Class Action | 2018 |
| $345 | Sara Otto | Associate | Kansas City, Kansas | ERISA Class Action | 2018 |
| **FREDRICH J. CRUSE, ATTORNEY AT LAW** | | | | | |
| $225 | Fredrich Cruse | Attorney | Hannibal | Bankruptcy | 2019 |
| $80 | Bobbi Daughtery | Paralegal | Hannibal | Bankruptcy | 2019 |
| **FREEDOM CENTER OF MISSOURI** | | | | | |
| $340 | Dave Roland | Attorney | Mexico | Sunshine Law | 2019 |
| **GHIO LAW FIRM** | | | | | |
| $400 | Matt Ghio | Partner | St. Louis | Employment | 2018 |
| **GOLDSTEIN & PRESSMAN** | | | | | |
| $325 | Norman Pressman | Member | St. Louis | Bankruptcy | 2019 |
| $225 | Robert Breidenbach | Member | St. Louis | Bankruptcy | 2019 |

AUGUST 2019 | **Missouri Lawyers Media** | WWW.MOLAWYERSMEDIA.COM

**BILLING RATES**  BR5

## IN-STATE

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **GORNY LAW FIRM** | | | | | |
| $600 | Steve Gorny | Founding Member | Kansas City | Sunshine Law | 2019 |
| $350 | Chris Dandurand | Attorney | Kansas City | Sunshine Law | 2019 |
| **GRANT, MILLER & SMITH** | | | | | |
| $350 | William Grant | Partner | St. Louis | Family Law | 2019 |
| **GRAVES GARRETT** | | | | | |
| $575 | Todd P. Graves | Partner | Kansas City | Election Law | 2018 |
| $460 | Edward D. Greim | Partner | Kansas City | Election Law | 2018 |
| $305 | Alan T. Simpson | Associate | Kansas City | Election Law | 2018 |
| $175 | Nichole E. Kruger | Paralegal | Kansas City | Election Law | 2018 |
| **GRAY, RITTER & GRAHAM** | | | | | |
| $865 | Don Downing | Director/ Shareholder | St. Louis | Class Action/MDL | 2019 |
| $825 | Gretchen Garrison | Principal | St. Louis | Class Action/MDL | 2019 |
| $695 | Jason Sapp | Partner | St. Louis | Class Action/MDL | 2019 |
| $565 | Kaitlin Bridges | Associate | St. Louis | Class Action/MDL | 2019 |
| $400 | Cort VanOstran | Associate | St. Louis | Class Action/MDL | 2019 |
| $330 | Jack Downing | Associate | St. Louis | Class Action/MDL | 2019 |
| $295 | Jackie Statz | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $295 | Judy Stinson | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $225 | Charles Fasterling | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $175 | Cameron Roark | Law Clerk | St. Louis | Class Action/MDL | 2019 |
| **HARLAN STILL & KOCH** | | | | | |
| $207 | Frank Koch | Partner | Columbia | Social Security Disability | 2019 |
| **HEPLERBROOM** | | | | | |
| $360 | Steven M. Wallace | Partner | Edwardsville, Illinois | Bankruptcy | 2019 |
| $200 | Amanda R. McQuaid | Associate | Edwardsville, Illinois | Bankruptcy | 2019 |
| **HERREN, DARE & STREETT** | | | | | |
| $300 | David M. Dare | Partner | St. Louis | Bankruptcy | 2019 |
| **HKM EMPLOYMENT ATTORNEYS** | | | | | |
| $400 | S. Cody Reinberg | Attorney | St. Louis | Employment | 2019 |
| **HOLLAND LAW FIRM** | | | | | |
| $850 | Eric D. Holland Sr. | Partner | St. Louis | Class Action/MDL | 2019 |
| $500 | R. Seth Crompton | Partner | St. Louis | Class Action/MDL | 2019 |
| $250 | Philip Proud | Associate | St. Louis | Class Action/MDL | 2019 |
| **HOLLINGSHEAD & DUDLEY** | | | | | |
| $400 | Jeremy D. Hollingshead | Partner | St. Louis | Employment | 2018 |
| $400 | Nicholas Dudley | Partner | Kansas City | Employment | 2018 |
| $300 | John Moffitt III | Partner | St. Louis | Employment | 2018 |
| $300 | Katie Rhoten | Associate | St. Louis | Employment | 2018 |
| $200 | Ben Coudret | Associate | St. Louis | Employment | 2018 |
| $100 | Arriana Hayes | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Christopher Sandifer | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Emma Wilson | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Jessica Rials | Paralegal | St. Louis | Employment | 2018 |
| $100 | Melissa Heisner | Paralegal | St. Louis | Employment | 2018 |
| **HOLMAN SCHIAVONE** | | | | | |
| $375 | Ashley Atwell-Soler | Counsel | Kansas City | Employment | 2019 |
| **HUSCH BLACKWELL** | | | | | |
| $505 | Matthew Schelp | Partner | St. Louis | Government Compliance | 2018 |
| $335 | Matthew Diehr | Partner | St. Louis | Government Compliance | 2018 |
| $250 | Grant Ford | Associate | St. Louis | Government Compliance | 2018 |
| **JACOBSON PRESS** | | | | | |
| $400 | Joe Jacobson | Partner | St. Louis | Missouri Securities Act | 2019 |
| $350 | Allen Press | Partner | St. Louis | Missouri Securities Act | 2019 |
| $250 | Matt Vianello | Attorney | St. Louis | Missouri Securities Act | 2019 |

## IN-STATE

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **JENKINS & KLING** | | | | | |
| $245 | Nancy Stokley Martin | Partner | St. Louis | Banking | 2019 |
| **JOHN LENTELL, ATTORNEY AT LAW** | | | | | |
| $200 | John L. Lentell | Partner | Leawood, Kansas | Bankruptcy | 2019 |
| **JONATHAN STERNBERG ATTORNEY PC** | | | | | |
| $450 | Jonathan Sternberg | Partner | Kansas City | Employment | 2019 |
| **KODNER WATKINS** | | | | | |
| $320 | Albert Watkins | Partner | St. Louis | Litigation | 2019 |
| **LATHROP GAGE** | | | | | |
| $610 | Bernard J. Rhodes | Partner | Kansas City | Sunshine Law | 2019 |
| **LAW OFFICE OF BORIS E. GRAYPEL** | | | | | |
| $300 | Boris Graypel | Partner | St. Louis | Consumer Protection | 2019 |
| **LAW OFFICE OF CHRISTOPHER JONES** | | | | | |
| $300 | Christopher Jones | Partner | Lee's Summit | Slander of Title Action | 2018 |
| **LAW OFFICE OF MARK A. BUCHANAN** | | | | | |
| $450 | Mark Buchanan | Partner | Kansas City | Employment | 2019 |
| **LUNCEFORD LAW FIRM** | | | | | |
| $475 | David A. Lunceford | Partner | Lee's Summit | Employment | 2018 |
| $275 | Rachel Rutter | Associate | Lee's Summit | Employment | 2018 |
| $275 | Taylor Spooner Myers | Associate | Lee's Summit | Employment | 2018 |
| $100 | Bailey Wright | Paralegal | Lee's Summit | Employment | 2018 |
| $100 | Jasmine Ward | Paralegal | Lee's Summit | Employment | 2018 |
| **MARTIN LEIGH** | | | | | |
| $350 | Amy Ryan | Partner | Kansas City | Real Estate | 2019 |
| $350 | Beverly Weber | Shareholder | Kansas City | Real Estate | 2019 |
| $350 | Greg Todd | Partner | Kansas City | Real Estate | 2019 |
| $350 | Thomas Fritzlen | Shareholder | Kansas City | Real Estate | 2019 |
| $350 | William Meyer | Partner | Kansas City | Real Estate | 2019 |
| $110 | Sherri Ratcliffe | Paralegal | Kansas City | Real Estate | 2019 |
| **MEDLER & ROITHER** | | | | | |
| $350 | Jeffrey Medler | Partner | St. Louis | Litigation | 2019 |
| **MEYERS LAW FIRM** | | | | | |
| $600 | Marty Meyers | Partner | Kansas City | Employment | 2019 |
| $390 | Leonard Stephens | Attorney | Kansas City | Employment | 2019 |
| $375 | Heather Hardinger | Attorney | Kansas City | Employment | 2019 |
| $300 | Candice Johnson | Attorney | Kansas City | Employment | 2019 |
| **MILLER SCHIRGER** | | | | | |
| $675 | John Schirger | Partner | Kansas City | Class Action/MDL | 2019 |
| $675 | Matthew Lytle | Partner | Kansas City | Class Action/MDL | 2019 |
| $575 | Joseph Feierabend | Partner | Kansas City | Class Action/MDL | 2019 |
| **NATALIA MCKINSTRY LLC** | | | | | |
| $225 | Natalia McKinstry | Partner | St. Louis | Wrongful Death | 2019 |
| **OGLETREE DEAKINS** | | | | | |
| $285 | James M. Paul | Shareholder | St. Louis | Employment | 2018 |
| $230 | Meredith A. Lopez | Associate | St. Louis | Employment | 2018 |
| **PAUL LLP** | | | | | |
| $675 | John Cracken | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $650 | Rick Paul | Partner | Kansas City | Class Action/MDL | 2019 |
| $500 | Ashlea Schwarz | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $275 | Sue Becker | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Adam Krause | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Robert Kinsman | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Steven Rowe | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $185 | Kendra John | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Cam Riemensnider | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Linda Davis | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Melissa Casady | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Pam Williams | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $150 | Pat Neal | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $125 | Sydney Estell | Paralegal | Kansas City | Class Action/MDL | 2019 |

**BILLING RATES**

AUGUST 2019 | **Missouri Lawyers Media** | WWW.MOLAWYERSMEDIA.COM

## IN-STATE

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **PAUL LLP (CONT.)** | | | | | |
| $100 | Heather Webb | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $90 | Caroline Abbott | Paralegal | Kansas City | Class Action/MDL | 2019 |
| **PHILLIPS & THOMAS** | | | | | |
| $350 | George J. Thomas | Attorney | Prairie Village, Kansas | Bankruptcy | 2019 |
| **PLAYTER & PLAYTER** | | | | | |
| $300 | Chris Playter | Partner | Lee's Summit | Employment | 2019 |
| $300 | Eric Playter | Partner | Lee's Summit | Employment | 2019 |
| **POLSINELLI** | | | | | |
| $505 | Matthew S. Layfield | Shareholder | St. Louis | Bankruptcy | 2019 |
| $475 | Todd Bartels | Shareholder | Kansas City | Bankruptcy | 2018 |
| $370 | Robert Spake | Shareholder | Kansas City | Bankruptcy | 2018 |
| $330 | Benton Keatley | Associate | Kansas City | Bankruptcy | 2018 |
| $315 | Nicholas A. Griebel | Associate | St. Louis | Bankruptcy | 2019 |
| $225 | Jerry Thies | Senior Paralegal | Kansas City | Bankruptcy | 2018 |
| **POPHAM LAW FIRM** | | | | | |
| $600 | Dennis Egan | Partner | Kansas City | Employment | 2019 |
| $450 | Bert Braud | Partner | Kansas City | Employment | 2019 |
| $250 | Cooper Mach | Attorney | Kansas City | Employment | 2019 |
| $140 | Aly Pack | Paralegal | Kansas City | Employment | 2019 |
| $140 | Nicole Eaton | Paralegal | Kansas City | Employment | 2019 |
| **RICE SPAETH SUMMERS & HEISSERER** | | | | | |
| $250 | John Heisserer | Partner | Cape Girardeau | Personal Injury | 2019 |
| **ROSENBLUM GOLDENHERSH** | | | | | |
| $375 | Jeffrey B. Hunt | Partner | St. Louis | Breach of Contract | 2018 |
| **ROSS & VOYTAS** | | | | | |
| $225 | Ethan William Gee | Attorney | St. Louis | Personal Injury | 2019 |
| $225 | Nathan Ross | Partner | St. Louis | Personal Injury | 2019 |
| $225 | Richard A. Voytas Jr. | Partner | St. Louis | Personal Injury | 2018 |
| **RUNNYMEDE LAW GROUP** | | | | | |
| $425 | Stephen F. Clark | Partner | St. Louis | Breach of Contract | 2018 |
| $250 | Kristen E. Weinberg | Associate | St. Louis | Breach of Contract | 2018 |
| $100 | Chelsea L. Langeneckert | Paralegal | St. Louis | Breach of Contract | 2019 |
| **SEYFERTH BLUMENTHAL & HARRIS** | | | | | |
| $395 | Charlie J. Harris | Partner | Kansas City | Receivership | 2019 |
| $285 | Deena Jenab | Partner | Kansas City | Receivership | 2019 |
| $285 | Kevin Karpin | Partner | Kansas City | Receivership | 2019 |
| $245 | Julie Sims | Associate | Kansas City | Receivership | 2019 |
| $245 | Nick Daugherty | Associate | Kansas City | Receivership | 2019 |
| $125 | Cheri Diaz | Paralegal | Kansas City | Receivership | 2019 |
| $125 | Melissa Miller | Paralegal | Kansas City | Receivership | 2019 |
| **SHAMBERG, JOHNSON & BERGMAN** | | | | | |
| $725 | Lynn Johnson | Partner | Kansas City | Class Action/MDL | 2019 |
| **SHOOK, HARDY & BACON** | | | | | |
| $770 | Stan Sexton | Partner | Kansas City | Public Interest Class Action | 2019 |
| $680 | Andrew Carpenter | Partner | Kansas City | Public Interest Class Action | 2019 |
| $465 | Brent Dwerlkotte | Associate | Kansas City | Public Interest Class Action | 2019 |
| $465 | Russell Shankland | Partner | Kansas City | Public Interest Class Action | 2019 |
| $375 | Britta Stamps | Associate | Kansas City | Public Interest Class Action | 2019 |
| $320 | Emily Sellers | Associate | Kansas City | Public Interest Class Action | 2019 |
| $125 | Patricia Carlson | Legal Analyst | Kansas City | Public Interest Class Action | 2019 |
| $125 | Paul Hoffmeyer | Legal Analyst | Kansas City | Public Interest Class Action | 2019 |

## IN-STATE

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **SIMMONS HANLY CONROY** | | | | | |
| $400 | Sarah Burns | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $275 | Gary Payne | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $185 | Eric Disney | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $125 | Jill Kraus | Paralegal | Alton, Illinois | Class Action/MDL | 2019 |
| $100 | Julie Bond | Paralegal | Alton, Illinois | Class Action/MDL | 2019 |
| **SPENCER FANE** | | | | | |
| $610 | Kenneth Mason | Partner | Overland Park, Kansas | Federal Trade Commission Act | 2018 |
| $575 | Scott Goldstein | Partner | Kansas City | Bankruptcy | 2019 |
| $510 | Leslie Greathouse | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $480 | Eric Peterson | Of Counsel | St. Louis | Bankruptcy | 2019 |
| $455 | Beth Miller | Of Counsel | Kansas City | Federal Trade Commission Act | 2018 |
| $455 | Eric L. Johnson | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $415 | W. Joseph Hatley | Partner | Kansas City | Sunshine Law | 2019 |
| $370 | Paul Satterwhite | Partner | Springfield | Federal Trade Commission Act | 2018 |
| $360 | Ryan Hardy | Partner | St. Louis | Bankruptcy | 2019 |
| $350 | Casey Murray | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $330 | Crystal Howard | Of Counsel | Overland Park, Kansas | Federal Trade Commission Act | 2018 |
| $325 | Bryant Lamer | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $320 | Duval Pierre | Associate | Kansas City | Federal Trade Commission Act | 2018 |
| $295 | Zachary Fairlie | Associate | Kansas City | Bankruptcy | 2019 |
| $270 | Melissa Hinkle | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $240 | Lisa Wright | Paralegal | Kansas City | Bankruptcy | 2019 |
| $230 | Kathie Tatman | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $230 | Ronald Griffin | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $230 | Sarah Estlund | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| **STINSON LEONARD STREET** | | | | | |
| $730 | Daniel Bukovac | Partner | Kansas City | Class Action/MDL | 2019 |
| $580 | Thomas Lynn | Partner | Kansas City | Class Action/MDL | 2019 |
| $570 | Charles Hatfield | Partner | Jefferson City | Election Law | 2018 |
| $565 | John Munich | Partner | Jefferson City | Election Law | 2018 |
| $515 | Sarah King | Partner | Kansas City | Class Action/MDL | 2019 |
| $455 | Colin Turner | Associate | Kansas City | Class Action/MDL | 2019 |
| $405 | Ashley Habiger | Associate | Kansas City | Class Action/MDL | 2019 |
| $405 | Nicholas Hoffman | Associate | Kansas City | Class Action/MDL | 2019 |
| $380 | Jeremy Root | Partner | Jefferson City | Election Law | 2018 |
| $365 | Benjamin Woodard | Associate | St. Louis | Class Action/MDL | 2019 |
| $345 | Christopher Sevedge | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | James Montgomery | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | Jessica Pixler | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | Katherine Bechina | Associate | Kansas City | Class Action/MDL | 2019 |
| $330 | Courtney Harrison | Associate | Kansas City | Class Action/MDL | 2019 |
| $325 | Derek Grutsch | Law Clerk | Kansas City | Class Action/MDL | 2019 |
| $325 | Nicci Warr | Associate | St. Louis | Election Law | 2018 |
| $305 | Steve Froelich | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $305 | Tamara Combs | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $290 | Erin Naeger | Associate | Kansas City | Election Law | 2018 |
| $280 | Joyce Hart | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $280 | Leisa Stevens | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $260 | John Benson | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $255 | Cheri Diaz | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $255 | Cindy Cusimano | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $250 | Patsy Whalen | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $195 | Marsha Presley | Paralegal | Jefferson City | Election Law | 2018 |
| $165 | Renee Henson | Law Clerk | Kansas City | Class Action/MDL | 2019 |



**BILLING RATES** **BR7**

## IN-STATE

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **STUEVE SIEGEL HANSON** | | | | | |
| $865 | Norman Siegel | Partner | Kansas City | Class Action/MDL | 2019 |
| $865 | Patrick Stueve | Partner | Kansas City | Class Action/MDL | 2019 |
| $825 | Steve Six | Partner | Kansas City | Class Action/MDL | 2019 |
| $725 | Rachel Schwartz | Partner | Kansas City | Class Action/MDL | 2019 |
| $695 | Bradley Wilders | Partner | Kansas City | Class Action/MDL | 2019 |
| $625 | Stephanie Walters | e-Discovery Counsel | Kansas City | Class Action/MDL | 2019 |
| $625 | Toji Calabro | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $575 | Jeffrey Scurlock | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $550 | Lindsay Perkins | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $495 | Ethan Lange | Associate | Kansas City | Class Action/MDL | 2019 |
| $495 | Larkin Walsh | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $475 | Alexander T. Ricke | Associate | Kansas City | Employment and Labor | 2019 |
| $475 | Austin Moore | Associate | Kansas City | Class Action/MDL | 2019 |
| $475 | Jennifer Carter | Associate | Kansas City | Class Action/MDL | 2019 |
| $450 | David Hickey | Associate | Kansas City | Class Action/MDL | 2019 |
| $425 | Curtis Shank | Associate | Kansas City | Class Action/MDL | 2019 |
| $425 | James Vaglio | Associate | Kansas City | Class Action/MDL | 2019 |
| $425 | Peter Rupp | Systems Director | Kansas City | Class Action/MDL | 2019 |
| $425 | Sean Cooper | Associate | Kansas City | Class Action/MDL | 2019 |
| $375 | Daniel Shaw | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | Ariel Tazkargy | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | John Tompkins | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | Matt Cooper | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | Sam Storrs | Associate | Kansas City | Class Action/MDL | 2019 |
| $295 | Cheri Perez | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $295 | Mary Rose Marquart | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $295 | Michelle Campbell | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $295 | Sherry Barry | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $275 | Adrian Weiner | IT Manager | Kansas City | Class Action/MDL | 2019 |
| $245 | Erika Reyes | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Janet Switzer | Finance/HR Director | Kansas City | Class Action/MDL | 2019 |
| $245 | Julie Olivas | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Katrina Cervantes | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Lori DeMoss | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Margaret Smith | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Melissa Warner | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Sheri Williams | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $225 | Ben Stueve | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $225 | Brendan Marquart | Paralegal | Kansas City | Class Action/MDL | 2019 |

## IN-STATE

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **SUMMERS COMPTON WELLS** | | | | | |
| $365 | David Sosne | Principal | St. Louis | Bankruptcy | 2019 |
| $350 | Bonnie Clair | Principal | St. Louis | Bankruptcy | 2019 |
| $325 | Brian J. LaFlamme | Principal | St. Louis | Bankruptcy | 2019 |
| $120 | N/A | Paralegal | St. Louis | Bankruptcy | 2019 |
| $100 | N/A | Law Clerk | St. Louis | Bankruptcy | 2019 |
| **THOMPSON COBURN** | | | | | |
| $645 | Mark Bossi | Partner | St. Louis | Bankruptcy | 2019 |
| $490 | Brian Hockett | Partner | St. Louis | Bankruptcy | 2019 |
| **TUETH KEENEY** | | | | | |
| $300 | James Layton | Of Counsel | St. Louis | First Amendment Litigation | 2018 |
| **WALTERS BENDER STROHBEHN & VAUGHAN** | | | | | |
| $725 | Thomas Bender | Partner | Kansas City | Class Action/MDL | 2019 |
| $525 | Dirk Hubbard | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $400 | Brett Milbourn | Partner | Kansas City | Class Action/MDL | 2019 |
| $400 | Karen Renwick | Partner | Kansas City | Class Action/MDL | 2019 |
| $250 | Brooke Blake | Associate | Kansas City | Class Action/MDL | 2019 |
| $250 | Michael Sichter | Associate | Kansas City | Class Action/MDL | 2019 |
| $250 | Patrick McAndrews | Associate | Kansas City | Class Action/MDL | 2019 |
| $125 | Sarah Stevens | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $125 | Sarah Varney | Paralegal | Kansas City | Class Action/MDL | 2019 |
| **WHITE, GRAHAM, BUCKLEY & CARR** | | | | | |
| $475 | Gene Graham | Partner | Independence | Employment | 2019 |
| **WHITEHEAD LAW FIRM** | | | | | |
| $370 | Michael Whitehead | Principal | Lee's Summit | First Amendment Litigation | 2018 |
| $300 | Jonathan Whitehead | Partner | Lee's Summit | First Amendment Litigation | 2018 |
| **WIRKIN LAW FIRM** | | | | | |
| $300 | Christopher Wirkin | Partner | Kansas City | Slander of Title Action | 2018 |
| **WITHERSPOON LAW GROUP** | | | | | |
| $350 | Nuru Witherspoon | Partner | St. Louis | Wrongful Death | 2019 |

## OUT-OF-STATE

| RATE/ HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **FISHER PATTERSON SAYLER & SMITH** | | | | | |
| $135 | Katrina Hudson | Associate | Topeka, Kansas | Litigation | 2019 |
| $135 | Anne Marie Beckerle | Associate | Topeka, Kansas | Litigation | 2019 |
| **FOULSTON SIEFKIN** | | | | | |
| $565 | Jason Lacey | Partner | Wichita, Kansas | ERISA Class Action | 2018 |
| $500 | Boyd Byers | Partner | Wichita, Kansas | ERISA Class Action | 2018 |
| $445 | Jeremy Graber | Partner | Topeka, Kansas | ERISA Class Action | 2018 |
| $300 | Nicki Rose | Associate | Wichita, Kansas | ERISA Class Action | 2018 |
| $240 | Cynthia Voccio | Paralegal | Wichita, Kansas | ERISA Class Action | 2018 |
| $220 | Rebekah Haase | Paralegal | Wichita, Kansas | ERISA Class Action | 2018 |
| $220 | Christi Ramsey | Paralegal | Wichita, Kansas | ERISA Class Action | 2018 |
| $215 | Jeremy Koehler | Summer Associate | Wichita, Kansas | ERISA Class Action | 2018 |
| $215 | Elias Underwood | Summer Associate | Wichita, Kansas | ERISA Class Action | 2018 |

## OUT-OF-STATE

| RATE/ HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **POLSINELLI** | | | | | |
| $420 | Brenna A. Dolphin | Associate | Wilmington, Delaware | Bankruptcy | 2019 |
| **SIMMONS HANLY CONROY** | | | | | |
| $950 | Paul Hanly | Partner | New York | Class Action/MDL | 2019 |
| $950 | Jayne Conroy | Partner | New York | Class Action/MDL | 2019 |
| $950 | Andrea Bierstein | Partner | New York | Class Action/MDL | 2019 |
| $400 | Ellyn Hurd | Associate | New York | Class Action/MDL | 2019 |
| **SPENCER FANE** | | | | | |
| $325 | Mary Bacon | Associate | Las Vegas | Federal Trade Commission Act | 2018 |
| **STINSON LEONARD STREET** | | | | | |
| $670 | Scott Roberts | Partner | Decatur, Illinois | Class Action/MDL | 2019 |
| $590 | Joel Leviton | Partner | Minneapolis | Class Action/MDL | 2019 |

*For more rates of out-of-state attorneys who did work in Missouri in the last year, please visit us online at molawyersmedia.com.*

**Exhibit A**
**Page 7 of 8**



# MISSOURI LAWYERS MEDIA
# DIVERSITY
## & INCLUSION
### 2019

## August 9, 2019
### Awards Luncheon | Sheraton Westport Lakeside Chalet

## Congratulations to the 2019 Honorees

**Bryan Cave Leighton Paisner**

**Charlie Harris Jr.**
Seyferth Blumenthal & Harris

**Dan Cranshaw**
Polsinelli

**Dowd Bennett LLP**

**J. Danielle Carr**
Mound City Bar Association

**Lisa D'Souza**
Legal Services of Eastern Missouri

**Martha Charepoo**
Baker Sterchi Cowden & Rice

**Mickes O'Toole, LLC**

**Narcisa Przulj**
Sandberg Phoenix & von Gontard

**Patricia Llanos**
Brown & Crouppen

**Pete Woods**
Haar & Woods

**Sheena Hamilton**
Dowd Bennett LLP

**Stephanie Hosler**
Bryan Cave Leighton Paisner

**Teresa Young**
Brown & James

**Vincent D. Reese**
Mickes O'Toole, LLC

**Polsinelli**

**Pamela Meanes**
Thompson Coburn

**Luz Maria Henriquez**
Legal Services of Eastern Missouri

**Nicole Colbert-Botchway**
22nd Judicial Circuit



### Featured Speaker:
## Judge Lawrence E. Mooney

## TICKETS ON SALE NOW!
www.squadup.com/events/2019-diversity-inclusion-awards

Silver Sponsor:



Award Sponsor



Table Sponsors:



Exhibit A
Page 8 of 8

# Exhibit B to Declaration of James F. Bennett As To Reasonableness of Attorneys' Fees



MISSOURI LAWYERS MEDIA

# BILLING RATES

### 2021

Exhibit B
Page 1 of 7



# Fee awards few and far between during pandemic

**By Scott Lauck**

*slauck@molawyersmedia.com*

This year's edition of Billing Rates has been a long time coming.

The last time Missouri Lawyers Media did a deep dive into the hourly rates of Missouri attorneys was August 2019. A year later, with courts all but closed during the pandemic and cases at a standstill, the project just didn't make sense to attempt.

The numbers show that things still aren't quite back to normal. Even with two years' worth of data in this year's edition, we found rates for just 182 Missouri-based attorneys — 15 percent fewer than in 2019, which covered one year.

Our data primarily comes from fee applications filed with state and federal courts in Missouri, often from cases that operate under a fee-shifting statute, such as in employment and civil-rights cases. Many such cases have been unable to secure trial dates during the pandemic — and without a prevailing side to request its legal costs, those fees remain unshifted and undisclosed.

Bankruptcy filings also have been in short supply. According to the Administrative Office of the U.S. Courts, personal and business bankruptcy have steadily declined during the COVID-19 crisis, falling 29.1 percent nationwide for the 12-month period ending Sept. 30. The bankruptcy courts St. Louis and Kansas City, which provide much of the data for this project, were no exception.

The median hourly rate for Missouri lawyers as a whole was $330, down from the 2019 figure of $370 an hour. The statewide median was $475 per hour for partners, $250 for associates and $300 for other attorneys (which includes of-counsel, staff attorneys and lawyers whose titles weren't apparent from firm websites or court filings.)

In Kansas City, the median rate was $347 an hour, down from $405 in 2019. The median partner charged $490 an hour, while the median associate rate was $300. The Kansas City rates were calculated from a pool of 80 attorneys.

In St. Louis, the median rate was $330 an hour, down from $343 in our last survey. The median partner charged $450 per hour, and the median associate charged $250. The St. Louis figures were calculated from a pool of 77 lawyers.

**HOURLY RATES FOR**

**182** Missouri attorneys

**45** Missouri staff

Outside of the state's two metropolitan areas, the median was $300 per hour, up from $250 in 2019. With just 25 such rates, there wasn't sufficient data to break down median rates for different types of attorneys.

Law firm staff, ranging from legal project managers to law clerks, had a median rate of $150 per hour. The pool of 45 staff members was drawn from around the state, though most were concentrated in the metropolitan areas.

Missouri attorneys often win fee awards alongside lawyers from other states, particularly in bankruptcy court. In-state rates remain quite modest compared with those in large cities on the East and West coasts or Chicago, where the median rates often exceed the maximum rates in Missouri. In 2019, the median big-market partner who won a fee in a Missouri court charged $950 an hour; in 2019, that figure stood at $1,185.

## ■ METHODOLOGY

• Where possible, we use the attorney's standard or customary rates, rather than the rate the court applied or discounted rates offered to a particular client. Rates can vary according to the case or client, so one listed rate for an attorney might not apply in other cases.

• The rates are a sampling only. Though drawn from recent court filings, some fee requests were for work performed in previous years, so rates might have changed in the meantime. Wherever possible, we have used the most recent available rates.

• Attorneys are listed with the firm or organization where they worked at the time the fee request was made. They might have changed firms or been promoted since then, or the firm might have changed names or ceased to exist.

• Information on titles, practice specialties and office locations is drawn primarily from fee applications, supplemented with information from firm websites. Practice listings typically describe the type of case for which the fee was incurred, which might not be the attorney's main area of practice.

• Attorneys and staff in offices near the metropolitan St. Louis area in Illinois and the metropolitan Kansas City area in Kansas were counted as in-state rates.

*Reporter Scott Lauck and freelance researcher Jennie Goodman researched the listings.*

# Attorneys' fee award too low on homeowner's verdict



**By Scott Lauck**
*slauck@molawyersmedia.com*

The Missouri Court of Appeals Western District affirmed a $200,000 verdict for a homeowner with a faulty foundation but said she's owed more in attorneys' fees than the judge awarded.

Tiffanie Soetaert bought a home in Independence in 2015 and soon discovered problems with the foundation that led to flooding and extensive repairs. She sued three entities involved in the sale, including Platinum Realty of Overland Park, Kansas, for failure to fully disclose the issues with the house prior to the sale.

In 2018, a Jackson County jury awarded Soetaert $25,000 in actual damages and punitive damages totaling $175,000

against the defendants. Platinum Realty appealed the award, arguing that its agent hadn't known of the condition of the property when she filled out the disclosure forms on behalf of the house's Canada-based sellers.

The Western District however, said there was sufficient evidence that Platinum was aware of the condition of the basement, given that its agent was formerly married to the owner of the company that helped "flip" the house and that she had been involved in the transaction from the beginning. The appeals court also turned aside Platinum's challenge to its $25,000 share of the punitive damages.

The other two defendants, Novani Flips LLC and MoreKC1 LLC, didn't take part

in the appeal.

The Missouri Merchandising Practices Act allows plaintiffs to recover their attorneys' fees under some circumstances. However, Judge Kevin D. Harrell had granted Soetaert just $10,000 in fees and about $1,600 in costs.

The appeals court said the figure was too low, as it excluded the time Soetaert's attorneys spent bringing the case to trial.

"These are hours reasonably expended during the course of a case, and it was an abuse of discretion to not consider them," Judge Anthony Rex Gabbert wrote for the court. Judges Alok Ahuja and Lisa White Hardwick concurred.

The court added that Soetaert also could recover her attorneys' fees for the time spent on the appeal.

Jason Rew of Oswald Roam & Rew in Blue Springs, who represented Soetaert at trial, said his firm originally had sought approximately $130,000 in fees for the case. He expected that he would resubmit that request, along with fees incurred during the appeal, which was argued by Ron Holliger, a former Western District judge.

"We're very pleased with the results," Rew said. "She's going to get what she deserves, but we also felt like we should get what we put into the case, which was a lot of work."

An attorney for Platinum, Diane Hastings Lewis of Brown & Ruprecht, didn't return a call seeking comment.

The case is *Soetaert v. Novani Flips LLC et al.*, WD82933.

November 2021  |  **Missouri Lawyers Media**  |  WWW.MOLAWYERSMEDIA.COM

 BILLING RATES    BR3

# Multipliers make good fee awards even better

**By Scott Lauck**
*slauck@molawyersmedia.com*

Sometimes, the hourly rate just isn't enough.

In some cases, whether by contract or statute, the prevailing party is able to recover its attorneys' fees from the other side. Normally, such awards are based on the so-called "lodestar" amount of the hours the prevailing attorney spent on the case multiplied by their normal hourly fee.

But every so often, courts agree to add another layer of multiplication, boosting the final award to recognize a particularly tough case.

The seminal case on multipliers, the Missouri Supreme Court's 2013 opinion in Berry v. Volkswagen Group of America Inc., noted that such enhancements should be used only in "rare or exceptional circumstances." Nonetheless, Missouri's appellate courts approved of at least three such multipliers in 2021.

In February, the Court of Appeals Eastern District affirmed a $5.6 million judgment against a St. Louis gas station — including attorneys' fees awarded at triple the normal rate.

Christopher Westmoreland had alleged that his gas station went out of business after a competitor, Midwest St. Louis LLC, regularly sold fuel below cost. He sued under the Missouri Motor Fuel Marketing Act, a seldom-used state law designed to protect competition in the retail fuel market.

A St. Louis jury awarded Westmoreland $1.8 million. Judge Elizabeth Hogan later tripled that amount as required by the statute, which also provided for the prevailing party to recover attorneys' fees.

According to the opinion, Westmoreland's trial attorney, Jeremy Gogel, had expended 165 hours on the case at an hourly rate of $400. Hogan approximately tripled that lodestar amount to $200,000, remarking that it was "a unique case, one that not many attorneys would take on a contingent-fee basis."

The Eastern District agreed with that analysis and also granted Westmoreland his attorneys' fee in connection with the appeal. In an unusual move, the appeals court itself awarded the $61,800 in additional fees rather than remand it to the trial court for a determination, as the appellate attorney's $250 hourly rate was lower than the rate the trial court already had found to be reasonable in the underlying case.

In May, the Eastern District also affirmed an enhanced fee award for an employee terminated from Harris-Stowe State University, despite the school's argument that the jury's mixed verdict didn't warrant such an award.

Lynne Harrison, a former director of the university's department of public safety, claimed her supervisor created a hostile work environment. A St. Louis jury mostly sided with the defendants, but it found in favor of Harrison on her claim of retaliatory discharge against the University and awarded her $32,000 in damages.

After trial, Harrison's lawyers sought nearly $700,000 in attorneys' fees, with a 1.5 multiplier that would have boosted the amount to more than $1 million. According to the Eastern District, Judge Christopher E. McGraugh found the request "astonishing." But after paring back the number of hours billed, the judge said a multiplier of 1.25 was appropriate. The total fee award was about $464,000.

Harris-Stowe argued that the plaintiff prevailed on just one of her six claims and that the fee amount was unreasonable. The appeals court, however, noted that the judge already had trimmed the award to 56 percent less than the total amount Harrison's attorneys, Jeremy Hollingshead and Nicholas Dudley, had requested.

The court remanded the case for a determination of additional fees for the appeal; that request is still pending.

In September, the Court of Appeals Western District affirmed a multiplied award of attorneys' fees for a former correctional official, despite arguments from the state that the judge had failed to explain her reasoning.

A Jackson County jury awarded Shelley Gray $350,000 on claims that she faced retaliation for challenging a policy that discouraged employees from taking family and medical leave.

After trial, Grey's attorney at the Lunceford Law Firm in Lee's Summit and Playter Trial Lawyers in Kansas City initially sought more than $500,000. Judge Justine Del Muro disallowed some of the charges but also found it "reasonable" to apply a 1.5 multiplier, resulting in a fee award of more than $468,000.

The Western District argued that the judge's explanation was too bare bones to justify the increase and that the attorneys should get no more than the $312,000 lodestar amount that De Muro had calculated. But the appeals court said the department never made that argument to the judge and declined to entertain the challenge on appeal.

"Simply arguing that the court failed to explain the award is insufficient where the opportunity to obtain a more thorough explanation was available," the court said.

The appeals court also granted the plaintiffs their fees for the appeal. That motion is pending in Jackson County.

However, not everyone who has sought an enhanced fee award in the last year has received it.

A federal jury in the Western District of Missouri awarded $4.9 million to Rosemary Salerno after she was terminated as manager of the Zona Rosa shopping center in Kansas City. Missouri Lawyers Media ranked as the fifth largest plaintiffs' verdict of 2020, though the award was reduced to about $940,000 after trial due to a state cap on some of the damages.

Salerno's attorneys at Siro Smith Dickson sought to recover their fees. In March, Judge Beth Phillips agreed to part of the request, turning aside complaints from Zona Rosa about the hourly rates but agreeing to reduce the award by 5 percent to account for claims on which they lost at trial.

Phillips also declined to apply any sort of modifier, writing that the fact that the firm took the case on a contingency fee basis wasn't enough to justify an enhancement.

"The Court has no basis for concluding that an enhancement is necessary to encourage lawyers to take cases in this area of the law, and its experience suggests otherwise," she wrote.

Still, the fee award totaled $518,000, plus more than $32,000 in interest and costs.

The cases are *Westmoreland v. Midwest St. Louis*, ED107787, *Harrison v. Harris-Stowe State University*, ED109012, *Gray v. Missouri Department of Corrections*, WD83739, and *Salerno v. MPI Management LLC*, 4:19-cv-00145.

## ATTORNEY RATE RANGES





BR4   **BILLING RATES**

November 2021   |   **Missouri Lawyers Media**   |   WWW.MOLAWYERSMEDIA.COM

## HIGHEST MISSOURI RATES

| RANK | HOURLY RATE | ATTORNEY | FIRM | TITLE | CITY | YEAR | PRATICE AREA |
|---|---|---|---|---|---|---|---|
| 1 | $790 | Chip Robertson | Bartimus Frickleton Robertson Rader | Partner | Leawood, KS | 2020 | Employment |
| 2 | $650 | Scott Hunt | Armstrong Teasdale | Partner | St. Louis | 2020 | Bankruptcy |
| 2 | $650 | Steven M. Aaron | Dentons US | Partner | Kansas City | 2021 | Business litigation |
| 2 | $650 | Dennis E. Egan | Popham Law Firm | Partner | Kansas City | 2021 | Employment |
| 5 | $625 | David Going | Armstrong Teasdale | Partner | St. Louis | 2020 | Bankruptcy |
| 5 | $625 | David Loseman | Armstrong Teasdale | Partner | St. Louis | 2020 | Real estate |
| 5 | $625 | Richard Engel Jr. | Armstrong Teasdale | Partner | St. Louis | 2020 | Bankruptcy |
| 5 | $625 | Steven Pozaric | Armstrong Teasdale | Partner | St. Louis | 2020 | Bankruptcy |
| 9 | $615 | Patrick Kenny | Armstrong Teasdale | Partner | St. Louis | 2020 | Class action |
| 9 | $615 | Brian K. O'Bleness | Dentons US | Partner | Kansas City | 2020 | Business litigation |
| 11 | $605 | John O'Brien | Armstrong Teasdale | Partner | St. Louis | 2020 | Bankruptcy |
| 12 | $600 | Tom Bender | Horn, Aylward & Bandy | Partner | Kansas City | 2021 | Class action |
| 12 | $600 | David Luneceford | Lunceford Law Firm | Partner | Lee's Summit | 2020 | Employment |
| 12 | $600 | Christina Nielsen | O'Brien Law Firm | Attorney | Lee's Summit | 2020 | Employment |
| 12 | $600 | Rik Siro | Siro Smith Dickson | Partner | Kansas City | 2021 | Employment |
| 12 | $600 | David Zimmerman | Spencer Fane | Partner | Overland Park, KS | 2021 | Bankruptcy |
| 17 | $575 | Michael E. Wilson | Greensfelder | Partner | St. Louis | 2020 | Construction litigation |
| 17 | $575 | Bert S. Braud | Popham Law Firm | Partner | Kansas City | 2021 | Employment |
| 17 | $575 | W. Bevis Schock | Schock Law | Partner | St. Louis | 2021 | Civil Rights |
| 17 | $575 | Eric Smith | Siro Smith Dickson | Partner | Kansas City | 2021 | Employment |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE / HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF MISSOURI** | | | | | |
| Tony Rothert | Legal Director | St. Louis | 2021 | $410 | Civil Rights |
| Omri Praiss | Of Counsel | St. Louis | 2021 | $400 | Civil Rights |
| Jessie Steffan | Senior Staff Attorney | St. Louis | 2021 | $300 | Civil Rights |
| Kayla DeLoach | Legal Fellow | St. Louis | 2021 | $250 | Civil Rights |
| **ANDERSON LAW** | | | | | |
| Julie Anderson | Partner | Kansas City | 2021 | $250 | Unlawful detainer |
| Jamie Walker | Attorney | Kansas City | 2021 | $250 | Unlawful detainer |
| **ARMSTRONG TEASDALE** | | | | | |
| Scott Hunt | Partner | St. Louis | 2020 | $650 | Bankruptcy |
| David Going | Partner | St. Louis | 2020 | $625 | Bankruptcy |
| David Loseman | Partner | St. Louis | 2020 | $625 | Real estate |
| Richard Engel Jr. | Partner | St. Louis | 2020 | $625 | Bankruptcy |
| Steven Pozaric | Partner | St. Louis | 2020 | $625 | Bankruptcy |
| Patrick Kenny | Partner | St. Louis | 2020 | $615 | Class action |
| John O'Brien | Partner | St. Louis | 2020 | $605 | Bankruptcy |
| Christine Schlomann | Partner | Kansas City | 2020 | $515 | Bankruptcy |
| Scott Jansen | Partner | St. Louis | 2020 | $455 | Bankruptcy |
| David Kim | Partner | Kansas City | 2020 | $425 | Bankruptcy |
| Jaimie Mansfield | Attorney | St. Louis | 2020 | $415 | Business Litigation |
| Erin Edelman | Associate | St. Louis | 2020 | $365 | Bankruptcy |
| John Willard | Associate | St. Louis | 2020 | $365 | Bankruptcy |
| Jonathan Shulan | Associate | St. Louis | 2020 | $365 | Litigation |
| Benjamin Musholt | Associate | St. Louis | 2020 | $325 | Bankruptcy |
| Patricia Beckerle | Associate | St. Louis | 2020 | $305 | Bankruptcy |
| Christine Nuccio | Legal Project Manager | St. Louis | 2020 | $300 | Bankruptcy |
| John Moore | Associate | St. Louis | 2020 | $295 | Bankruptcy |
| Rhys Williams | Associate | St. Louis | 2020 | $285 | Bankruptcy |
| Michael Grigsby | Associate | Kansas City | 2020 | $275 | Bankruptcy |
| Han Liu | Associate | St. Louis | 2020 | $260 | Bankruptcy |
| Kathryn Redmond | Associate | St. Louis | 2020 | $250 | Bankruptcy |
| Theresa Ritter | Paralegal | St. Louis | 2020 | $225 | Bankruptcy |
| Brandi Vogt | Paralegal | St. Louis | 2020 | $200 | Bankruptcy |
| Barbara Bathe | Legal Specialist | St. Louis | 2020 | $150 | Bankruptcy |
| Julia Renaud | Legal Specialist | St. Louis | 2020 | $150 | Bankruptcy |
| Susan Williams-Umstead | Paralegal | St. Louis | 2020 | $125 | Bankruptcy |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE / HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **BACKER LAW FIRM** | | | | | |
| Joe Backer | Partner | Independence | 2020 | $350 | Employment |
| **BARTIMUS FRICKLETON ROBERTSON RADER** | | | | | |
| Chip Robertson | Partner | Leawood, KS | 2020 | $790 | Employment |
| Kip Robertson | Partner | Leawood, KS | 2020 | $500 | Employment |
| Kelly Frickleton | Attorney | Leawood, KS | 2020 | $300 | Employment |
| **BROWN & CURRY** | | | | | |
| Sarah Brown | Partner | Kansas City | 2021 | $550 | Employment |
| **BURNETT DRISKELL** | | | | | |
| Roger M. Driskill | Attorney | Kansas City | 2021 | $205 | Disability insurance |
| **CARMODY MACDONALD** | | | | | |
| Robert E. Eggmann | Principal | St. Louis | 2020 | $450 | Restructuring and bankruptcy |
| Christopher J. Lawhorn | Principal | St. Louis | 2020 | $445 | Restructuring and bankruptcy |
| Robert E. Eggmann | Principal | St. Louis | 2021 | $425 | Restructuring and bankruptcy |
| Angela L. Drumm | Principal | St. Louis | 2020 | $385 | Business law |
| Thomas H. Riske | Principal | St. Louis | 2020 | $345 | Restructuring and bankruptcy |
| Danielle S. Suberi | Associate | St. Louis | 2020 | $330 | Restructuring and bankruptcy |
| Becky R. Eggmann | Counsel | St. Louis | 2020 | $325 | Restructuring and bankruptcy |
| Lindsay Leible Combs | Associate | St. Louis | 2020 | $320 | Commercial litigation |
| Thomas H. Riske | Principal | St. Louis | 2021 | $320 | Restructuring and bankruptcy |
| Dormie Ko | Associate | St. Louis | 2020 | $240 | Restructuring and bankruptcy |
| Dormie Ko | Associate | St. Louis | 2021 | $225 | Restructuring and bankruptcy |
| Amanda Zumwalt | Paralegal | St. Louis | 2020 | $215 | Restructuring and bankruptcy |
| Annie L. Lancaster | Paralegal | St. Louis | 2020 | $215 | Restructuring and bankruptcy |
| **CATHLEEN A. SHINE, ATTORNEY AT LAW** | | | | | |
| Cathleen A. Shine | Attorney | St. Louis | 2020 | $363 | Litigation |
| **CLAYTON JONES, ATTORNEY AT LAW** | | | | | |
| Clayton Jones | Partner | Raymore | 2021 | $400 | Class action |
| **COLLINS, WEBSTER & ROUSE** | | | | | |
| Norman Rouse | Attorney | Joplin | 2021 | $250 | Bankruptcy |

**BILLING RATES**  BR5

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE / HOUR | PRACTICE AREA |
|------|-------|------|------|-------------|---------------|
| **CONROY BARAN** | | | | | |
| Robert Baran | Counsel | Kansas City | 2020 | $260 | Bankruptcy |
| Robert Baran | Counsel | Kansas City | 2021 | $250 | Bankruptcy |
| Larry Pittman | Attorney | Kansas City | 2021 | $195 | Bankruptcy |
| **COOK, VETTER, DOERHOFF & LANDWEHR** | | | | | |
| Matthew Clement | Attorney | Jefferson City | 2020 | $400 | Fair Labor Standards |
| Kari Schulte | Attorney | Jefferson City | 2020 | $300 | Fair Labor Standards |
| **CRUSE LAW** | | | | | |
| Frederich Cruse | Attorney | Hannibal | 2021 | $225 | Bankruptcy |
| Julia A. Chaney-Faughn | Attorney | Hannibal | 2021 | $200 | Bankruptcy |
| **CUNNINGHAM, VOGEL & ROST** | | | | | |
| Daniel Vogel | Principal | St. Louis | 2020 | $370 | Municipal litigation |
| David A. Steubel | Principal | St. Louis | 2020 | $330 | Municipal litigation |
| Margaret Eveker | Senior Associate | St. Louis | 2020 | $205 | Municipal litigation |
| Lindsay Gilmore | Associate | St. Louis | 2020 | $165 | Municipal litigation |
| N/A | Paralegal | St. Louis | 2020 | $145 | Municipal litigation |
| N/A | Paralegal | St. Louis | 2020 | $80 | Municipal litigation |
| **CURRAN LAW FIRM** | | | | | |
| Rob Curran | Partner | Springfield | 2020 | $350 | Employment |
| Kimberly Wright | Paralegal | Springfield | 2020 | $95 | Employment |
| **D.H. SANDERS LLC** | | | | | |
| Donald H. Sanders III | Partner | St. Louis | 2020 | $190 | Consumer rights |
| Dillon Clyde Sanders | Associate | St. Louis | 2020 | $125 | Consumer rights |
| **DAVID SCHROEDER LAW OFFICES** | | | | | |
| David Schroeder | Attorney | Springfield | 2021 | $325 | Bankruptcy |
| **DEARING & HARTZOG** | | | | | |
| Theodore D. Dearing | Partner | St. Louis | 2021 | $295 | Property dispute |
| Daniel T. Batten | Attorney | St. Louis | 2021 | $250 | Property dispute |
| Elaine M. Bauer | Attorney | St. Louis | 2021 | $215 | Property dispute |
| **DENTONS US** | | | | | |
| Steven M. Aaron | Partner | Kansas City | 2021 | $650 | Business litigation |
| Brian K. O'Bleness | Partner | Kansas City | 2020 | $615 | Business litigation |
| Betsey Lasister | Associate | Kansas City | 2021 | $340 | Business litigation |
| Adriana Grabowski | Paralegal | Kansas City | 2021 | $300 | Business litigation |
| Christy Henry | Paralegal | Kansas City | 2021 | $285 | Business litigation |
| **DOBSON, BERNS & RICH** | | | | | |
| Jerome Dobson | Partner | St. Louis | 2021 | $550 | Employment |
| Gregory Rich | Partner | St. Louis | 2021 | $500 | Employment |
| Jonathan Berns | Partner | St. Louis | 2021 | $500 | Employment |
| Jerry Rappold | Paralegal | St. Louis | 2021 | $140 | Employment |
| **DONNER APPLEWHITE** | | | | | |
| Thomas Applewhite | Partner | St. Louis | 2020 | $500 | Civil Rights |
| **EDELMAN, LIESEN & MYERS** | | | | | |
| Alexander Edelman | Partner | Kansas City | 2020 | $400 | Consumer rights |
| Katherine Myers | Partner | Kansas City | 2020 | $375 | Consumer rights |
| **ELLINGER & ASSOCIATES** | | | | | |
| Marc Ellinger | Attorney | Jefferson City | 2020 | $500 | Corporate, litigation, regulatory |
| Stephanie Bell | Attorney | Jefferson City | 2020 | $350 | Corporate, litigation, regulatory |
| Thomas W. Rynard | Attorney | Jefferson City | 2020 | $350 | Corporate, litigation, regulatory |
| **FOLEY LAW** | | | | | |
| Rachel Foley | Attorney | Independence | 2021 | $300 | Bankruptcy |
| **GOLDSTEIN & PRESSMAN** | | | | | |
| Robert A. Breidenbach | Attorney | St. Louis | 2020 | $225 | Bankruptcy |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE / HOUR | PRACTICE AREA |
|------|-------|------|------|-------------|---------------|
| **GREENSFELDER** | | | | | |
| Michael E. Wilson | Partner | St. Louis | 2020 | $575 | Construction litigation |
| **HERREN, DARE & STREETT** | | | | | |
| David Dare | Attorney | St. Louis | 2021 | $300 | Bankruptcy |
| **HOLLINGSHEAD & DUDLEY** | | | | | |
| Jeremy Hollingshead | Partner | St. Louis | 2020 | $500 | Civil Rights |
| Nicholas Dudley | Partner | St. Louis | 2020 | $500 | Civil Rights |
| John Moffitt | Attorney | St. Louis | 2020 | $400 | Civil Rights |
| Benjamin Coudret | Attorney | St. Louis | 2020 | $300 | Civil Rights |
| Katie Rhoten | Attorney | St. Louis | 2020 | $300 | Civil Rights |
| Taylor Pike | Attorney | St. Louis | 2020 | $300 | Civil Rights |
| Jessica Rials | Paralegal | St. Louis | 2020 | $150 | Civil Rights |
| Matthew Williams | Law clerk | St. Louis | 2020 | $150 | Civil Rights |
| Brandi Cross | Paralegal | St. Louis | 2020 | $100 | Civil Rights |
| Melissa Heisner | Paralegal | St. Louis | 2020 | $100 | Civil Rights |
| **HOLMAN SCHIAVONE** | | | | | |
| Anne Schiavone | Partner | Kansas City | 2021 | $550 | Employment |
| Aiman Dvorak | Associate | Kansas City | 2020 | $300 | Employment |
| **HORN, AYLWARD & BANDY** | | | | | |
| Tom Bender | Partner | Kansas City | 2021 | $600 | Class action |
| Dirk Hubbard | Partner | Kansas City | 2021 | $550 | Class action |
| **HUGH A. EASTWOOD, ATTORNEY AT LAW** | | | | | |
| Hugh Eastwood | Partner | St. Louis | 2021 | $475 | Civil Rights |
| **JONATHAN STERNBERG, ATTORNEY** | | | | | |
| Jonathan Sternberg | Partner | Kansas City | 2021 | $425 | Unlawful detainer |
| **KENNEDY HUNT** | | | | | |
| Thomas E. Kennedy III | Partner | St. Louis | 2020 | $350 | Agency proceeding |
| Sarah Jane Hunt | Partner | St. Louis | 2020 | $250 | Agency proceeding |
| **KIRKLAND WOODS & MARTINSEN** | | | | | |
| Michelle M. Burge | Attorney | Overland Park, KS | 2020 | $310 | Probate |
| Ali Evans Gottschalk | Attorney | Liberty | 2020 | $275 | Probate |
| Bambi Leseberg | Paralegal | Overland Park, KS | 2020 | $180 | Probate |
| **KOTLYAROV LAW GROUP** | | | | | |
| Jason Kotlyarov | Partner | Kansas City | 2020 | $325 | Consumer rights |
| **KRIGEL & KRIGEL** | | | | | |
| Erlene W. Krigel | Managing partner | Kansas City | 2021 | $275 | Bankruptcy |
| Dana B. Wilders | Attorney | Kansas City | 2021 | $250 | Bankruptcy |
| Ben Varenhorst | Attorney | Kansas City | 2021 | $200 | Bankruptcy |
| Jamie Dulle | Paralegal | Kansas City | 2021 | $75 | Bankruptcy |
| **LAW OFFICE OF JERRY D. RANK** | | | | | |
| Jerry D. Rank | Partner | Overland Park, KS | 2021 | $225 | Business litigation |
| **LAW OFFICE OF MELIKA HARRIS** | | | | | |
| Melika Harris | Partner | Lee's Summit | 2020 | $300 | Consumer rights |
| **LAW OFFICES OF ANNETTE P. HELLER** | | | | | |
| Annette P. Heller | Attorney | St. Louis | 2020 | $250 | Trademark and copyright |
| **LAW OFFICES OF LYLE GREGORY** | | | | | |
| Lyle Gregory | Partner | Raymore | 2020 | $375 | Employment |
| **LEDBETTER LAW FIRM** | | | | | |
| Frank Ledbetter | Attorney | St. Louis | 2021 | $300 | Bankruptcy |
| David Lunceford | Partner | Lee's Summit | 2020 | $600 | Employment |
| Rachel Rutter | Attorney | Lee's Summit | 2020 | $375 | Employment |
| Taylor Myers | Attorney | Lee's Summit | 2020 | $300 | Employment |
| Kaleb Nielsen | Paralegal | Lee's Summit | 2020 | $125 | Employment |



BR6 | November 2021 | **Missouri Lawyers Media** | WWW.MOLAWYERSMEDIA.COM

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE/HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **MALONEY O'LAUGHLIN** | | | | | |
| Amy Maloney | Partner | Seattle, WA | 2020 | $500 | Employment |
| **MARTIN PRINGLE** | | | | | |
| Jerald Enslein | Attorney | Kansas City | 2020 | $330 | Bankruptcy |
| **MERRICK BAKER & STRAUSS** | | | | | |
| Bruce Strauss | Attorney | Kansas City | 2021 | $250 | Bankruptcy |
| Victor Weber | Attorney | Kansas City | 2021 | $250 | Bankruptcy |
| **MICKES O'TOOLE** | | | | | |
| Brittany Newall | Senior Associate | St. Louis | 2021 | $225 | Sunshine Law |
| Kelley Millaway | Associate | St. Louis | 2021 | $220 | Sunshine Law |
| Anne R. Kerns | Partner | St. Louis | 2021 | $220 | Hancock Amendment litigation |
| Josh Douglas | Partner | St. Louis | 2021 | $195 | Hancock Amendment litigation |
| **MILLINGTON, GLASS & LOVE** | | | | | |
| Thomas W. Millington | Partner | Springfield | 2020 | $280 | Trust litigation |
| Kate Millington | Attorney | Springfield | 2020 | $280 | Contract litigation |
| N/A | Legal Assistant | Springfield | 2020 | $140 | Contract litigation |
| **MURPHY LAW FIRM** | | | | | |
| Mark J. Murphy | Partner | Liberty | 2021 | $250 | Contract litigation |
| **NEWMAN, COMLEY & RUTH** | | | | | |
| Ryan McDaniels | Shareholder | Jefferson City | 2020 | $300 | Fair Labor Standards |
| Kim Guthrie | Associate | Jefferson City | 2020 | $240 | Fair Labor Standards |
| John Brooks | Associate | Jefferson City | 2020 | $215 | Fair Labor Standards |
| **NORAH J. RYAN, ATTORNEY AT LAW** | | | | | |
| Norah J. Ryan | Attorney | St. Louis | 2021 | $225 | Business law |
| **O'BRIEN LAW FIRM** | | | | | |
| Christina Nielsen | Attorney | Lee's Summit | 2020 | $600 | Employment |
| **OSWALD REW** | | | | | |
| Jason K. Rew | Partner | Blue Springs | 2021 | $400 | Consumer rights |
| Lisa Horton | Paralegal | Blue Springs | 2021 | $125 | Consumer rights |
| **PLAYTER TRIAL LAWYERS** | | | | | |
| Eric Playter | Partner | Lee's Summit | 2020 | $550 | Employment |
| **POLSINELLI** | | | | | |
| Adam Rehm | Shareholder | Kansas City, Dallas | 2021 | $525 | Intellectual property |
| Joy Willard | Paralegal | Kansas City | 2021 | $210 | Intellectual property |
| **POPHAM LAW FIRM** | | | | | |
| Dennis E. Egan | Partner | Kansas City | 2021 | $650 | Employment |
| Bert S. Braud | Partner | Kansas City | 2021 | $575 | Employment |
| Cooper S. Mach | Associate | Kansas City | 2021 | $250 | Employment |
| Nicole Eaton | Paralegal | Kansas City | 2021 | $150 | Employment |
| **RONALD HOLLIGER, ATTORNEY AT LAW** | | | | | |
| Ronald Holliger | Partner | Blue Springs | 2021 | $500 | Consumer rights |
| **ROUSE FRETS WHITE GOSS GENTILE RHODES** | | | | | |
| R. Todd Ehlert | Partner | Leawood, KS | 2021 | $350 | Business litigation |
| Brett Randol | Senior Associate | Leawood, KS | 2021 | $300 | Business litigation |
| Hank Driskell | Associate | Leawood, KS | 2021 | $190 | Business litigation |
| Sharon Pentola | Paralegal | Leawood, KS | 2021 | $110 | Business litigation |
| **SANDBERG PHOENIX** | | | | | |
| Bhavik Patel | Partner | St. Louis | 2020 | $420 | Trust litigation |
| Tim Sansone | Partner | St. Louis | 2020 | $360 | Trust litigation |
| Clayton G. Kuhn | Partner | St. Louis | 2020 | $360 | Trust litigation |
| James R. Ruffin | Associate | St. Louis | 2020 | $250 | Trust litigation |
| Michael Lecinski | Associate | St. Louis | 2020 | $220 | Trust litigation |
| **SANDERS WARREN RUSSELL & SCHEER** | | | | | |
| Casey O. Housley | Partner | Overland Park, KS | 2021 | $275 | Business litigation |
| S. Jacob Sappington | Partner | Overland Park, KS | 2021 | $275 | Business litigation |
| Susan Payne | Paralegal | Overland Park, KS | 2021 | $125 | Business litigation |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE/HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **SCHOCK LAW** | | | | | |
| W. Bevis Schock | Partner | St. Louis | 2021 | $575 | Civil Rights |
| **SHERRY DEJANES PC** | | | | | |
| Sherry DeJanes | Attorney | Kansas City | 2021 | $300 | Litigation |
| **SHOOK, HARDY & BACON** | | | | | |
| Gabriel Egli | Partner | Kansas City | 2021 | $475 | FOIA |
| Marc Shelley | Partner | Kansas City | 2021 | $475 | FOIA |
| Megan Egli | Partner | Kansas City | 2021 | $475 | FOIA |
| Stephanie Sankar | Partner | Kansas City | 2021 | $475 | FOIA |
| Alexandra Sorenson | Senior Associate | Kansas City | 2021 | $345 | FOIA |
| Sangeeta Shastry | Associate | Kansas City | 2021 | $275 | FOIA |
| **SIRO SMITH DICKSON** | | | | | |
| Rik Siro | Partner | Kansas City | 2021 | $600 | Employment |
| Eric Smith | Partner | Kansas City | 2021 | $575 | Employment |
| Athena Dickson | Partner | Kansas City | 2021 | $550 | Employment |
| Raymond Dake | Partner | Kansas City | 2021 | $425 | Employment |
| Ryan McEnaney | Attorney | Kansas City | 2021 | $325 | Employment |
| Diane McGrew | Paralegal | Kansas City | 2021 | $150 | Employment |
| Dominick Vallejo | Paralegal | Kansas City | 2021 | $150 | Employment |
| Michelle Haughey | Legal Secretary | Kansas City | 2021 | $150 | Employment |
| **SPENCER FANE** | | | | | |
| David Zimmerman | Partner | Overland Park, KS | 2021 | $600 | Bankruptcy |
| Eric Johnson | Partner | Kansas City | 2021 | $480 | Bankruptcy |
| Andrea Chase | Associate | Kansas City | 2021 | $340 | Bankruptcy |
| Lisa Wright | Director of administration | Kansas City | 2021 | $250 | Bankruptcy |
| Camber Jones | Associate | Springfield | 2020 | $240 | Bankruptcy |
| Taylor M. Chase | Associate | Kansas City | 2020 | $220 | Bankruptcy |
| Kerry B. Noe | Legal investigator | Kansas City | 2020 | $175 | Bankruptcy |
| Sarah Estlund | Paralegal | Kansas City | 2021 | $175 | Bankruptcy |
| Lisa Wright | Director of administration | Kansas City | 2020 | $150 | Bankruptcy |
| Sarah Estlund | Paralegal | Kansas City | 2020 | $150 | Bankruptcy |
| Felecia Morris | Paralegal assistant | Kansas City | 2020 | $125 | Bankruptcy |
| **STEWARD LAW FIRM** | | | | | |
| John S. Steward | Partner | Chesterfield | 2021 | $550 | Hancock Amendment litigation |
| **SUMMERS COMPTON WELLS** | | | | | |
| David A. Sosne | Principal | St. Louis | 2021 | $395 | Bankruptcy |
| Brian J. LaFlamme | Principal | St. Louis | 2021 | $350 | Bankruptcy |
| Christy L. Hauck | Paralegal | St. Louis | 2021 | $150 | Bankruptcy |
| **TGH LITIGATION** | | | | | |
| Andy Hirth | Partner | Columbia | 2021 | $500 | Employment |
| Joanna Trachtenberg | Partner | Columbia | 2021 | $500 | Employment |
| Raya Moore | Paralegal | Columbia | 2021 | $100 | Employment |
| AnnaLisa LaBoube | Paralegal | Columbia | 2021 | $100 | Employment |
| Elizabeth Weaver | Law clerk | Columbia | 2021 | $100 | Employment |
| Erica Woods | Paralegal | Columbia | 2021 | $100 | Employment |
| **THE LAW OFFICE OF BORIS GRAYPEL** | | | | | |
| Boris Graypel | Attorney | St. Louis | 2020 | $325 | Consumer rights |
| **THE OLSEN LAW FIRM** | | | | | |
| Jill Olsen | Attorney | Liberty | 2021 | $300 | Bankruptcy |
| **THE WILLIAMS LAW FIRM OF THE LAKE OF THE OZARKS** | | | | | |
| Zane G. Williams | Partner | Lake of the Ozarks | 2020 | $350 | Securities litigation |
| Kristi Kline | Paralegal | Lake of the Ozarks | 2020 | $150 | Securities litigation |
| **THOMPSON COBURN** | | | | | |
| Brian Hockett | Partner | St. Louis | 2020 | $356 | Financial restructuring |
| Ryan Prisock | Associate | St. Louis | 2020 | $212 | Financial restructuring |

**Exhibit B**
**Page 6 of 7**

November 2021  |  **Missouri Lawyers Media**  |  WWW.MOLAWYERSMEDIA.COM

BILLING RATES    BR7

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE / HOUR | PRACTICE AREA |
|------|-------|------|------|-------------|---------------|
| **THURMAN, HOWALD, WEBER, SENKEL & NORRICK** | | | | | |
| Brandon T. Moonier | Partner | Hillsboro | 2021 | $250 | Contract litigation |
| **TIEMAN, SPENCER & HICKS** | | | | | |
| Joel S. Hane | Associate | St. Joseph | 2020 | $200 | Contract litigation |
| **VAN MATRE LAW FIRM** | | | | | |
| Thomas M. Harrison | Attorney | Columbia | 2021 | $300 | Contract litigation |
| Brian Hajicek | Shareholder | Columbia | 2021 | $275 | Contract litigation |
| Joshua Sieg | Attorney | Columbia | 2021 | $195 | Contract litigation |
| **WHITE, GRAHAM, BUCKLEY, & CARR** | | | | | |
| William Carr | Partner | Independence | 2021 | $550 | Class action |
| Bryan White | Partner | Independence | 2021 | $500 | Class action |
| **WILLIAMS LAW FIRM** | | | | | |
| Michael Williams | Partner | Kansas City | 2021 | $550 | Employment |
| **WM LAW** | | | | | |
| Errin Stowell | Attorney | Kansas City | 2021 | $300 | Bankruptcy |
| G. Addam Fera | Attorney | Kansas City | 2021 | $300 | Bankruptcy |
| Jeffrey L. Wagoner | Attorney | Kansas City | 2021 | $300 | Bankruptcy |
| Ryan A. Blay | Attorney | Kansas City | 2021 | $300 | Bankruptcy |
| Ana Van Noy | Paralegal | Kansas City | 2021 | $125 | Bankruptcy |
| Betsy Hayman | Paralegal | Kansas City | 2021 | $125 | Bankruptcy |
| Douglas Sisson | Paralegal | Kansas City | 2021 | $125 | Bankruptcy |

**Missouri Lawyers MEDIA**
EXPERTLY FOCUSED. WIDELY ACCLAIMED.



### READ US ONLINE!

**Did you know that digital access is included with your print subscription?**

Register your email to get full, behind-the-paywall access at the Missouri Lawyers Weekly website.

You will need your account number which is located above your name on the printed label of the newspaper.

**Missouri Lawyers WEEKLY**

Visit **molawyersmedia.com/manage-account-fc** to set up your access today to get breaking news and other digital features.



# Stay connected to the latest legal news from Missouri Lawyers Weekly!

Subscribe today to stay informed with access to essential legal news covering the courts, law firms, and trends in the profession. You will have 24/7 access to Verdict and Settlement Reports, opinion digests, and full-text opinions.

## SUBSCRIBE TODAY!
**molawyersmedia.com/subscribe2**

**Missouri Lawyers WEEKLY**

# Exhibit C to Declaration of James F. Bennett As To Reasonableness of Attorneys' Fees





# Charles C. Eblen

Partner

Kansas City

ceblen@shb.com

*Direct:*  816.559.2139
*Main:*   816.474.6550
*Fax:*    816.421.5547

## Industries
Fire Protection and Alarms

## Practices
Antitrust and Trade Regulation,
Appellate,
Product Liability,
Mass Tort,
Privacy and Data Security,
White Collar Defense and Government Investigations,
Litigation

---

Charlie is a versatile and adaptive trial and appellate lawyer who represents clients in high-stakes cases in jurisdictions across the United States. As clients have described him, "He is one of the top young trial lawyers in the country [routinely] tapped to try cases that are ten to a hundred million dollars, if not more. He is in high demand and extraordinarily effective."

Recent examples include three first-chair trial victories as a plaintiff's lawyer, including a $4 million jury verdict in a 2019 Lanham Act case in the Southern District of Florida. In another case, Charlie obtained a $10 million settlement on the third day of trial in federal court in West Palm Beach, Florida. As lead defense counsel, he obtained a defense verdict in a $50 million data breach trial in Miami federal court that lasted three weeks and eventually resulted in a post-trial $1.75 million attorney's fee recovery.

As an appellate lawyer, Charlie has had several adverse jury verdicts reversed on appeal. For example, in a

Exhibit C
Page 1 of 19

$5 million consumer fraud case in Dallas County, Texas, the appellate court reversed the verdict and entered judgment for Charlie's client. Charlie also has obtained defense verdicts in Brooklyn, New York; Portland, Oregon; northern California; New Jersey; Houston, Texas; and southern Missouri, among other jurisdictions.

Charlie has also been lead counsel in consequential cases in appellate courts across the country. He has argued more than 30 appeals in more than 15 different state and federal appellate courts. Moreover, one of his federal appeals is included in a prominent casebook on tort law. His work has also resulted in the reversal of two civil jury verdicts and one federal criminal conviction. Charlie's experience in the appellate court have helped him develop the ability to identify legal issues that leverage better outcomes for his clients, not only as a courtroom lawyer, but as a business adviser.

Recognized for his trial and appellate abilities, Charlie is a fellow in the American College of Trial Lawyers. The College is composed of preeminent members of the Trial Bar from the United States and Canada and is recognized as the leading trial lawyers organization in both countries. Membership can never be more than 1% of the total lawyer population of any state or province. Consideration for Fellowship requires lawyers must be actively engaged in trial work as their principal activity for a minimum of 15 years. The College maintains and seeks to improve the standards of trial practice, professionalism, ethics and the administration of justice.

Charlie is currently national trial and appellate counsel for a several multinational corporations. He has defended a range of clients in matters involving a wide variety of subjects, including the defense of international corporations in antitrust and RICO litigation; federal criminal and civil rights litigation on behalf of those unable to afford representation; complex commercial matters; as well as consumer protection, mass tort, catastrophic injury/wrongful death, class action and product liability matters for many different industries.

Charlie also manages entire case dockets under alternative fee arrangements, and has served as in-house counsel overseeing hundreds of cases across the United States. His case management and in-house counsel experience gives him insight into not only the litigation needs of his clients, but also their business needs, allowing him to fully understand a client's objectives and the big picture of how litigation and business operations affect each other.

## Representative Matters
### Recent Trials

*Hill v. Advanced Correctional Healthcare, Inc.,* in the United States District Court for the Eastern District of Missouri Eastern Division, $8.5 million plaintiff verdict, including punitive damages in prisoner rights case.

*ADT LLC v. Alder LLC*, USDC for Southern District of Florida (West Palm Beach). $4 million plaintiff verdict, including punitive damages.

*ADT LLC v. Vivint, Inc.*, USDC for Southern District of Florida (West Palm Beach). $10 million settlement on third day of trial.

*National Union v. Tyco Integrated Security*, USDC for Southern District of Florida (Miami). Defense verdict as first chair in $50 million data breach trial resulting in $1.75 million attorney's fee recovery.

**Exhibit C**
**Page 2 of 19**

*Dryer v. Scott Technologies*, Madison County, New York (2015). First-chair in five-week $50 million high-profile product liability trial involving burn and amputation injuries to a firefighter.

*Nooter Corp. v. Evanston Ins. Co.*, St. Louis City, Missouri (2014). Three-week jury and declaratory judgment trial involving $100 million commercial and insurance issues.

*Bohl v. ADT Sec. Services, Inc.*, Somerset County, New Jersey (2014). (defense verdict in permanent disability claim).

*Millwood Golf & Racket v. SimplexGrinnell*, Greene County, Missouri (2013) Defense verdict in $3 million commercial kitchen fire.

*Roman v. ADT Sec. Services, Inc.*, Kings County, New York (Brooklyn) (2013). Defense verdict in 10-day trial claiming permanent disability from electrical accident.

*Valbruna Stainless Steel v. ADT Sec. Services, Inc.*, Harris County, Texas (Houston) (2012). Defense verdict in fraud/consumer protection state court trial; favorable directed verdict on breach of contract counterclaim.

*Parker-Hendricksen v. Rodriguez*, Monmouth County, New Jersey (2011) Defense verdict in permanent disability case involving commercial truck/pedestrian accident).

*Nacol & Associates v. ADT Sec. Services, Inc.*, USDC for Southern District of Texas (Houston) (2011). Jury verdict in $1.8 million exposure consumer fraud case remitted to $1,000.

*PacifiCorp v. SimplexGrinnell*, Multnomah County, Oregon (2010). Defense verdict in case involving electrical engineering issues following power plant accident.

*Traveler's Indemnity v. SimplexGrinnell*, Placer County, California (2009). Defense verdict in multimillion-dollar case involving restaurant fire.

**Appeals**

*Watermark v. Morrison, Inc.*, 905 F.3d 421, (6th Cir. 2018). Affirming issue of first impression regarding collateral estoppel in wrongful-death case.

*Heeter v. ADT LLC*, (3d Cir. July 24, 2017). Affirming wrongful death case for lack of proximate cause.

*ADT Sec. Services, Inc. v. Van Peterson*, --- So.3d --- (2016). Reversal of seven-figure DTPA verdict with entry of judgment for client.

*Barko Hydraulics, LLC v. Shepherd*, 167 So.3d 304 (2014). Reversal of adverse jury verdict.

*Davis v. Brickman Landscaping, Ltd.*, 219 N.J. 395 (2014). Reinstating summary judgment on expert issues in $10 million case where two minors died.

*Nirvana v. ADT Sec. Services Inc.* 881 F. Supp. 2d 556 (S.D.N.Y. 2012), aff'd (2d Cir. 2013). Affirming dismissal of $3 million tort and fraud theories.

**Exhibit C**
**Page 3 of 19**

*ADT Sec. Services, Inc. v. Van Peterson Fine Jewelers*, 390 S.W.3d 603 (Court of Appeals of Texas, Dallas, 2012). Interlocutory appeal reversing denial of summary judgment on four claims.

*Core-Mark Midcontinent, Inc. v. Sonitrol Corp.*, 300 P.3d 963 (2012 COA 120). Vacating jury award based on erroneous exclusion of expert witnesses.

*Valenzuela v. ADT Sec. Services, Inc.*, 475 Fed. Appx. 115 (9th Cir. 2012). Affirming summary judgment on tort and fraud claims.

*Greenspan v. ADT Sec. Services, Inc.*, 444 Fed. Appx. 566, 2011 WL 4361530. Affirming favorable summary judgment order and reversing sole adverse ruling.

*United States v. Taylor*, 636 F.3d 461, (8th Cir. Feb. 18, 2011). Reversing denial of motion to suppress evidence obtained during automobile search that violated Fourth Amendment.

*Spengler v. ADT Sec. Services, Inc.*, 505 F.3d 456 (6th Cir. 2007). Affirming summary judgment in wrongful death case, creating significant industry precedent.

*Synnex Corp. v. ADT Sec. Services, Inc.*, 394 N.J. Super. 577 (App. Div. 2007). Dismissal of jury verdict.

*United States v. Aldridge*, 413 F.3d 829 (8th Cir. 2005). Vacated unconstitutional sentence, ultimately resulted in a significant reduction; affirmed conviction over dissent.

*Johnson v. Blaukat*, 453 F.3d 1108 (8th Cir. 2006). Reversal of adverse grant of summary judgment in civil rights case.

## Publications

Charles C. Eblen & Kristina L. Burmeister, *Minimize Liability in Freeze and Burst Lawsuits*, Fire Protection Contractor, December 2013, at 28.

Charlie Eblen & Aaron Kirkland, *Maximize Your Contract's Exculpatory Provisions*, Law360, July 15, 2013.

Paul A. Williams, Charles C. Eblen & Kristina L. Burmeister, *Minimizing Tort Liability With The Right Terms*, Law360, Feb. 28, 2012.

Charles C. Eblen, *Defining the Geographic Market in Modern Commerce: The Effect of Globalization and E-Commerce on Tampa Electric and its Progeny*, Baylor Law Review, December 2004.

## Media

Federal Jury in St. Louis Awards $8.5 Million in Health Care Jail Crisis, *St. Louis Post-Dispatch*, May 28, 2022.

Woman prevails in claims of providers failing to care for, diagnose her late brother's cancer in jail, *Missouri Lawyers Weekly*, June 7, 2022.

## Bar Admissions

- Missouri

**Exhibit C**
**Page 4 of 19**

- New Jersey
- U.S. District Court, District of Kansas
- U.S. District Court, Eastern District of Michigan
- U.S. District Court, Western District of Missouri
- U.S. District Court, District of New Jersey
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Third Circuit
- U.S. Court of Appeals, Fourth Circuit
- U.S. Court of Appeals, Sixth Circuit
- U.S. Court of Appeals, Seventh Circuit
- U.S. Court of Appeals, Eighth Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. Court of Appeals, Tenth Circuit
- U.S. Court of Appeals, Eleventh Circuit
- U.S. Supreme Court

## Languages
- Spanish

## Education
- J.D., *cum laude,* Tulane University Law School, 2003
- Universidad de Ramon Llull-ESADE, Barcelona, Spain, 2002
- B.A., high honors, Truman State University, 2000

## Awards
- Acritas Stars
- America's Top 100 Civil Defense Litigators (2019)
- 40 & Under Hot List, *Benchmark Litigation* (2016-2019)
- *Benchmark Litigation: The Definitive Guide to America's Leading Litigation Firms and Attorneys:*
  - Future Star (2018-2022)
- *Law360* Rising Star, Trials (2016)
- *Missouri & Kansas Super Lawyers* (2013-Present)
- Rising Stars, *Missouri & Kansas Super Lawyers* (2010)
- Up and Coming Lawyer, *Missouri Lawyers Weekly* (2009)

## Memberships
- American College of Trial Lawyers, Fellow
- American Bar Foundation, Fellow
- American Board of Trial Advocates
- International Academy of Trial Lawyers, Fellow (pending)
- Litigation Counsel of America, Fellow
- Missouri Coalition for the Right to Counsel, Board Member (2018)

## Firm Committees
- Pro Bono Committee

**Exhibit C**
**Page 5 of 19**





# Brandon Gutshall

Partner

Kansas City

bgutshall@shb.com

*Direct:*  816.559.2680
*Main:*   816.474.6550
*Fax:*    816.421.5547

## Industries
Automotive,
Design and Construction

## Practices
Product Liability,
Automotive Litigation,
Mass Tort

---

Brandon focuses his practice on building strong, lasting relationships with his clients. He prides himself on collaborating with clients to understand their business needs so that he can align client and firm interests to achieve better legal outcomes at an exceptional value. He is accessible and responsive, and he defends his clients' interests as if they were his own.

Brandon represents clients in product liability, premises liability, negligence, fraud, breach of contract and warranty actions in state and federal courts throughout the country. His experience includes representing clients in a variety of high-stakes matters involving: autonomous vehicles/equipment, construction equipment, jobsite accidents, cargo securement devices, trucking regulations and accidents, HVAC systems, fire protection systems, security alarm systems, automobiles and component parts, industrial accidents, farm and forestry equipment, educational institutions, contractual disputes, the adequacy of medical care and insurance coverage disputes.

Brandon manages large dockets of cases and personally handles all aspects of his matters from the initial case pleadings through trial. His diverse experiences allow him to assist clients of all sizes to proactively

Exhibit C
Page 6 of 19

manage risk and creatively solve problems. To that end, Brandon regularly performs litigation risk assessments in which he counsels clients. He identifies liability risks and works with clients to minimize them, so that they will be in a better position to effectively and efficiently defend against litigation if it occurs.

## Representative Matters

Brandon serves as National Product Liability Counsel for a privately held $2 billion company with more than 40 separate operating entities in diverse economic sectors. In 2013, Brandon worked with this client to implement a legal services efficiency model to measure the value and true cost of legal services provided by its law firms. Brandon and his team were identified by this company as its most efficient and value-adding firm with an efficiency rating of over 90 percent. In 2015, the Association of Corporate Counsel recognized this company and Shook as ACC Value Champions for their work to improve legal outcomes, reduce costs, decrease case outcome variation, and improve the efficiency and value of legal services. Brandon presented on these topics at the Champions Dinner during the 2015 ACC Conference.

*Hill v. Advanced Correctional Healthcare, Inc.,* in the United States District Court for the Eastern District of Missouri Eastern Division, $8.5 million plaintiff verdict, including punitive damages in prisoner rights case.

*Builder Servs. Grp., Inc. v. Taylor,* No. 03-18-00710-CV, 2020 WL 5608484 (Tex. App. Sept. 17, 2020), *review denied* (Sep. 3, 2021). Reversed $1 million jury verdict with judgment rendered in favor of client for costs incurred in both trial and appellate court.

*STOP Restoration v. Williams Insulation (TopBuild),* Circuit Court of Ray County, Missouri (2020), successful result in a toxic tort case involving spray polyurethane foam insulation, following five hours of deliberation after a three-week trial

*Diluzio v. Kinedyne, LLC, et al.,* Burlington County, New Jersey (2017), favorably settled during jury selection - wrongful death case involving claims of defects in truck cargo products

Coordinate appeal to have insurer's denial of Stage IV cancer patient's treatment reversed (2014)

*Shepherd v. Barko Hydraulics, LLC,* Bulloch County, Alabama (2013) (jury trial - commercial fraud and warranty issues – plaintiff verdict vacated on appeal)

*Parker-Hendricksen v. Rodriguez, et al.,* Monmouth County, New Jersey (2011) (jury trial – defense verdict in permanent disability case involving commercial truck/pedestrian  accident)

*Davis v. Advanced Store Co., Inc.,* Jackson County, Missouri (2010) (bench trial – defense verdict in defective product case involving automobile component parts).

*Wardrop v. Pyle Transport Services, Inc. et al.,* Philadelphia County, Pennsylvania (2010) (leverage indemnification and insurance procurement provisions to procure complete defense, indemnity, and reimbursement of legal fees for client in multimillion-dollar wrongful death case)

*Sutherland v. Allied Tube, et al.,* Cook County, Illinois (2012) (use targeted discovery to locate previously missing contract and use contract to leverage indemnification and insurance procurement provisions to obtain complete defense and indemnity for client in multimillion-dollar wrongful death suit)

**Exhibit C**
**Page 7 of 19**

## Publications and Presentations

*Quick Hit: The Technology of Autonomous Vehicles,* DRI Women in the Law Seminar, San Diego, California, January 2019.

*Connected Technology: Autonomous Vehicles and Getting From Here to There,* Panel, DRI Women in the Law Seminar, San Diego, California, January 2019.

*Autonomous Vehicles: Liability and Implications*, Association of Equipment Manufacturers' Product Liability Seminar, Des Moines, Iowa, May 2, 2019.

*Autonomous Vehicles and Product Liability Laws*, Kansas City Legal Secretary Association, Kansas City, Missouri, November 2018.

*Product Liability Training: Loss Control*, Confidential Client Presentation, June 4, 2018.

*Assessing Product Liability Risk Across the Company – Where to Look and What to Look For,* Association of Equipment Manufacturers Product Liability Seminar, Chicago, Illinois, April 26, 2018.

*Product Liability in an Autonomous Equipment World – Unsettled Law,* Association of Equipment Manufacturers Product Liability Seminar, Chicago, Illinois, April 26, 2018.

*Proactively Mitigating Product Liability Risks to More Efficiently and Effectively Defend Litigation,* Association of Wire Rope Manufacturers 2018 Spring General Conference, Scottsdale, Arizona, April 24, 2018.

*Adding Value to Your Clients: How to Self-Audit Existing Contracts to Enhance Legal Protections in Light of Business Realities*, Webinar, Association of Corporate Counsel's Colorado Consumer & Product Liability Practice Group, March 28, 2018.

*Autonomous Vehicles and Product Liability Laws*, Confidential Client Presentation, February 2018.

Brandon Gutshall, Douglas Robinson, and Gabriel Spooner, *When Cranes Collapse, Cos. Don't Have To Follow,* Law360, May 10, 2016.

*Web Sling & Tie Down Association Annual Meeting*, Vancouver, Canada, May 4-7, 2015.

*Products Liability in Practice,* Guest Speaker Presentation to Products Liability Class at UMKC School of Law, 2011-2013.

*Recent Medicare Litigation, What Your Client Should Know,* SHB In-House Presentation, October 2010.

Brandon Gutshall, *A New Uniform: NCAA Policy and Student-Athlete Misconduct,* 76 UMKC L. Rev. 727 (2008).

## Media coverage

Woman awarded $8.5 M after her brother dies of cancer in jail, *Missouri Lawyers Weekly*, June 7, 2022.

**Exhibit C**
**Page 8 of 19**

Federal Jury in St. Louis Awards $8.5 Million in Health Care Jail Crisis, *St. Louis Post-Dispatch*, May 28, 2022.

"Up and Coming Lawyers", Missouri Lawyer Media, August 2, 2021

## Bar Admissions
- Missouri
- U.S. District Court, District of Kansas
- U.S. District Court, Western District of Missouri
- U.S. District Court, Western District of Wisconsin

## Education
- J.D., *summa cum laude,* University of Missouri – Kansas City, 2009
  Academic Excellence Award (graduated first in class)
  Charles E. Whittaker Award for Academic Excellence
  *UMKC Law Review*, Editor-In-Chief
  UMKC Legal Research and Writing Program, Teaching Assistant
  National Trial Advocacy Team
  Moot Court
  *Urban Lawyer*, Staff Member
  Intern to The Hon. Scott O. Wright of the U.S. District Court for the Western District of Missouri
- B.B.A., *summa cum laude,* University of Missouri – Kansas City, 2005

## Awards
- Rising Star, *Missouri & Kansas Super Lawyers*
- "Up and Coming Lawyers," Missouri Lawyers Media (2021)

## Memberships
- American Bar Association
- Kansas City Metropolitan Bar Association
- Missouri Organization of Defense Lawyers
- Ross T. Roberts Inn of Court Program (2010-2011)
- The Missouri Bar

## Community Involvement
- Little League Baseball Coach (2010-Present)
- Missouri Organization of Defense Lawyers Trial Academy (2013)
- Platte County R-3 School District, Elected School Board Member (2012-2015)
- City of Platte City, Planning and Zoning Board Member (2010-2012)

**Exhibit C**
**Page 9 of 19**





# Lindsey K. Heinz

Co-Chair, Food, Beverage &
Agribusiness Practice Group

Kansas City

lheinz@shb.com

*Direct:*  816.559.2681
*Main:*   816.474.6550
*Fax:*    816.421.5547

## Industries
Animal Health and Nutrition,
Pharmaceutical and Medical Device

## Practices
Product Liability,
Tobacco,
Class Action and Complex Litigation,
Consumer Goods and Services,
FTC,
Cannabis Law,
Mass Tort,
Florida/Eleventh Circuit Team,
FDA and Regulatory Guidance

Lindsey's practice focuses on complex product liability and consumer protection litigation, as well as regulatory counseling for consumer product companies. Lindsey believes the best way to protect her clients' business interests is to employ both offensive and defensive strategies. Thus, in addition to her litigation and regulatory experience, Lindsey helps her clients assess and manage the inherent risks of business to minimize future litigation and enforcement threats.

Lindsey has litigated both individual and complex tort cases in state and federal courts throughout the country. She has experience in all stages of litigation, including case strategy and development,

**Exhibit C**
**Page 10 of 19**

depositions, expert witness preparation, motion practice and trial. She also defends corporations facing class action claims, particularly those involving allegations of false and misleading marketing, and she has successfully defended her clients against class certification.

Lindsey also draws on her litigation experience to anticipate legal issues that her clients may face before a complaint is filed. She is uniquely familiar with the day-to-day business issues faced by her clients, including the complicated business decisions that precede the manufacture, marketing and sale of a product. As an attorney, Lindsey was seconded with a *Fortune* 500 company, and before she entered law school, worked as an account executive for an advertising agency. These experiences, coupled with her litigation work, have enabled Lindsey to identify potential liabilities in marketing strategies before they are implemented. Lindsey has significant experience in advertising and marketing law, advising her clients on issues ranging from claim substantiation and general FTC compliance to strategies for managing user-generated content. Lindsey also counsels her clients on the effective and legally-compliant use of nontraditional media, including social media, native advertising, e-commerce, and the use of influencers and affiliates.

Lindsey also regularly advises her clients on regulatory compliance, enforcement, and policy matters involving FDA-regulated products. In this role, Lindsey works closely with her clients to identify the business decisions necessary for her clients to remain competitive in the marketplace while still responsibly complying with regulatory requirements and preserving brand image and consumer goodwill. As part of her regulatory practice, Lindsey has counseled her clients through label reviews and updates, responses to FDA and USDA inspector requests, product recalls and market corrections, responses to warning letters, U.S. Customs issues, and generation of employee training documents and consumer-facing communications.

## Publications

Katie Gates Calderon, Lindsey Heinz and Hillary Nicholas, *Can You Stop Photography During an FDA Inspection?,* Law360, September 1, 2017.

Katie Gates Calderon, Elizabeth Fessler and Lindsey Heinz, *Dairy Vs. Plant-Based 'Milks': A Regulatory Standoff*, Law360, August 24, 2017.

Lindsey Heinz & Bridget Halbur, *Cleaning Product Right to Know Act Appears to be Moving Forward*, Daily Journal, July 17, 2017.

Scott Kaiser, Jennifer Blues and Lindsey Heinz, *Strategies for Moving to Strike Class Allegations,* Law360, Sep. 4, 2012.

Lindsey K. Heinz, *"Please, Don't Shot My Daughter!" Is There Legal Support for State-compelled HPV Vaccination Laws? Why Ethical, Moral, and Religious Opposition to These Laws May Be Jumping the Gun,* 56 U. Kan. L. Rev. 913 (2008).

## Presentations

Lindsey K. Heinz and Elizabeth Fessler, *The Beef with Fake Meat*, Update of the Law, Shook, Hardy & Bacon, Kansas City, Missouri, June 12, 2020.

Lindsey K. Heinz, Katie Calderon, Bill Geraghty, and Tammy Webb, *Lessons Learned from Past Litigation, The Way Forward, and Best Practices for Company Communications*, Client Presentation, February 25, 2020.

Lindsey K. Heinz and Elizabeth Fessler, *Legal Trends Series: Cell-Based Meats*, Shook, Hardy & Bacon,

Exhibit C
Page 11 of 19

Kansas City, Missouri, February 20, 2020.

Lindsey K. Heinz and Elizabeth Fessler, *Written Communications: Best Practices*, Client Presentation and Training, December 13, 2019.

Lindsey K. Heinz and Elizabeth Fessler, *Regulatory Inspection Training*, Client Presentation and Training, July 1-2, 2019.

Michael Barnett, Lindsey Heinz and James Muehlberger, *The Cannabis Conundrum: The Evolving Landscape and Risk Mitigation for Hemp & CBD*, Webinar, June 18, 2019.

Michael Barnett, Katie Gates Calderon, Lindsey Heinz and Paul Williams, *Navigating the Cannabis Conundrum*, Update of the Law, Kansas City, Missouri, June 13, 2019.

Lindsey Heinz and Elizabeth Fessler, *Legal Ins & Outs of Food Advertising*, Podcast, May 2019.

Lindsey K. Heinz and Matthew R. Dornauer, *Managing Social Media Marketing Campaigns Related to Food Products*, American Conference Institute Food Advertising and Marketing Law Master Symposium, Chicago, April 11, 2019.

Lindsey K. Heinz, *Roundtable Discussion on Legal Issues for Organic Products*, GMA 2018 Legal Conference, New Orleans, Louisiana, February 27, 2018.

Katie Calderon and Lindsey Heinz, *Food Regulations: What's Today's Special?*, Update of the Law, Kansas City, Missouri, June 2017.

Lindsey K. Heinz, *Marketing Trends and Pitfalls: innovative marketing and FTC disclosure challenges*, Client Presentation, June 2017.

Lindsey K. Heinz, *Developing Responsible Marketing Practices for Products Intended for Adults*, Client Presentation, May 2016.

Jennifer Blues and Lindsey Heinz, *Motions to Strike Class Allegations – Recent Trends & Practice Pointers*, May 2012.

## Media Coverage

*Woman Awarded $8.5 M After Her Brother Dies of Cancer in Jail*, Missouri Lawyers Weekly, June 7, 2022.

*Federal Jury in St. Louis Awards $8.5 Million in Health Care Jail Crisis*, St. Louis Post-Dispatch, May 28, 2022.

## Bar Admissions
- Florida
- Missouri
- U.S. District Court, Middle District of Florida
- U.S. District Court, Western District of Missouri

## Education

Exhibit C
Page 12 of 19

- J.D., University of Kansas School of Law, 2009
  *Kansas Law Review*, Managing Editor
  Moot Court Council
  Student Clerk to The Hon. Janice M. Karlin, U.S. Bankruptcy Court, District of Kansas
  Kansas Law Moot Court Competition, Finalist (argued before U.S. Supreme Court Chief Justice John Roberts)
  National Moot Court Competition, Finalist, Best Respondent Brief (Region IX)
  Justice Lloyd Kagey Leadership Award
  James P. Mize Trial Advocacy Award
  Family Fund Award (for outstanding achievement in an appellate advocacy competition)
- B.A., University of Kansas, 2004

## Awards

- JD Supra Readers' Choice Award
  Top Author in Food and Beverage (2020, 2022)
- Rising Star, *Missouri and Kansas Super Lawyers* (2016-2017)

## Memberships

- American Bar Association
- Kansas City Metropolitan Bar Association

## Community Involvement

- Greater Kansas City Chamber of Commerce Centurions Leadership Program, Alumna
- Kansas City Friends of Alvin Ailey, Board Member

**Exhibit C**
**Page 13 of 19**





# Andre D. Tinoco, Jr.

Associate

Kansas City

atinoco@shb.com

*Direct:*  816.559.2931
*Main:*   816.474.6550
*Fax:*    816.421.5547

## Practices

Product Liability,
Tobacco

---

Andre is a litigator who defends companies against complex product liability actions in courts throughout the country and specializes in smoking-and-health litigation. To provide the most effective, efficient, and innovative solutions to his clients, Andre strives to develop a significant amount of knowledge in all phases of litigation.

As an associate on case teams that handle *Engle*-Progeny cases in Florida and smoking-and-health cases in Nevada, Andre is responsible for the pre-trial preparation of numerous cases. His responsibilities include developing overall case strategy, ensuring compliance with pre-trial deadlines, responding to pleadings, and responding to and drafting written discovery requests. Andre also identifies and deposes fact witnesses.

Andre also spends a significant amount of time analyzing and briefing complex legal issues as an associate in Shook's Legal Issues Group. Since 2018, Andre has drafted hundreds of pre-trial and post-trial briefs in smoking-and-health cases. His concise and effective writing has resulted in favorable outcomes for his clients by excluding unreliable expert testimony and disposing of meritless claims in their entirety. Andre also routinely provides around-the-clock remote legal issues support to trial teams in smoking-and-health cases.

As a member of multiple trial teams, Andre has substantial experience preparing trial strategy plans, opening statements, closing arguments, direct-examinations, cross-examinations and deposition designations.

**Exhibit C**
**Page 14 of 19**

In addition to his product liability work, Andre is dedicated to pro bono and has had the privilege of representing individuals in several section 1983 lawsuits. Andre has also served as a supervising attorney for Shook's summer associate program and mentors junior associates.

During law school, Andre served as a judicial intern for The Hon. Robert E. Larsen, Magistrate Judge for the U.S. District Court for the Western District of Missouri. He also completed an externship with the Department of Justice at the U.S. Attorney's Office for the Western District of Missouri. Andre was chosen as a Shook Diversity Writing Scholar in the fall of 2015. He also received numerous awards for his in court advocacy in moot court and mock trial competitions.

## Bar Admissions
- Missouri
- U.S. District Court, Western District of Missouri

## Education
- J.D., University of Missouri—Kansas City, 2017
  Intern for The Hon. Robert E. Larsen, Magistrate Judge for the U.S. District Court for the Western District of Missouri
  Intern for the U.S. Attorney's Office for the Western District of Missouri (Narcotics and Violent Crimes)
  Keynote speaker at the University of Central Missouri's First Generation College Career Summit in 2018
  Dean's List
  Shook, Hardy & Bacon Diversity Writing Scholar
  Max Foust Advocacy Scholarship
  Diversity Merit Scholarship
  American Jurisprudence Appellate Advocacy Award
  National Moot Court Team
  Ellison Moot Court Competition
  Robert D. DeWitt Best Brief Award
  John Sheridan Award
  Top Section Moot Court Advocate, Lawyering Skills II
  Hispanic Law Students Association
- B.S., *cum laude*, University of Central Missouri, 2014 (Criminal Justice)
  Mock Trial Team, Captain
  Top Attorney Awards - Illinois State; St. Olaf; and Creighton University
  City of Fountains Regional Tournament, First Place
  Opening Round National Championship Qualifier
  Student Government Association
  National Conference on Ethics in America, Delegate
  Alumni Association Board of Directors, Student Representative

## Memberships
- Hispanic Bar Association of Greater Kansas City

**Exhibit C**
**Page 15 of 19**





# Sangeeta Shastry

Associate

Kansas City

sshastry@shb.com

*Direct:*  816.559.2938
*Main:*  816.474.6550
*Fax:*  816.421.5547

## Practices
Product Liability,
Litigation,
Tobacco

Sangeeta focuses her practice on product liability, where she handles matters at every phase from initial client counseling to preparation for appeal.

Before joining Shook, Sangeeta clerked for the Hon. Daniel D. Crabtree, Judge of the U.S. District Court for the District of Kansas. She also interned for the ACLU Foundation of Kansas and served as a research assistant during law school. Before beginning law school, she interned for the Midwest Innocence Project, where her work included the case of Dale Helmig, who was exonerated in 2011 after serving nearly 15 years in prison for murder.

Before entering the legal profession, Sangeeta worked as a journalist, completing internships with *The Kansas City Star*, *KCUR-FM* and working as a social media manager for the University of Missouri – Columbia School of Law.

## Bar Admissions
- Missouri

## Education
- J.D., University of Kansas School of Law, 2018

Exhibit C
Page 16 of 19

Order of the Coif
*University of Kansas Law Review*, Articles Editor
Moot Court Council
Burton D. Wechsler First Amendment Moot Court Competition, First Place and Best Oralist
Family Fund Award
Dean's Fellow
Dean's Diversity Leadership Council
Student Ambassador
Extern for U.S. District Judge Daniel D. Crabtree

- B.A., *magna cum laude*, University of Missouri - Columbia, 2012 (Journalism and Political Science)
Society of Professional Journalists' Mark of Excellence Award
Missouri Press Association Award
Diversity Peer Educator
Journalism Ambassador

## Clerkships

- Clerk to the Hon. Daniel D. Crabtree, Judge of the U.S. District Court for the District of Kansas

Exhibit C
Page 17 of 19





# Hannah M. Smith
## Associate

Kansas City

hsmith@shb.com

*Direct:*  816.559.2028
*Main:*  816.474.6550
*Fax:*  816.421.5547

## Practices
Litigation

---

Hannah works within the General Liability Litigation Practice representing clients from various industries facing legal issues. In addition to her J.D. and legal experience, Hannah is a certified public accountant and earned a master's degree of accountancy. Before law school, Hannah was employed with a Big Four accounting firm, primarily working on an audit engagement team in the health care industry. Hannah's education and experience in accounting and business combined with her legal acumen allow her to serve clients across a spectrum of industries and give her insight to strategize how to best protect clients from litigation that could jeopardize their businesses.

## Bar Admissions
- Missouri
- U.S. District Court, Eastern District of Missouri
- U.S. District Court, Western District of Missouri

## Education
- J.D., *summa cum laude*, University of Arkansas School of Law, 2021
  *Arkansas Law Review*, Staff Editor
  Outstanding Academic Achievement Award (Graduated First in Class)
  Judge Thomas F. Butt Legal Excellence Award in Legal Writing
- MAcc, Master of Accountancy, The University of Tulsa, 2016
  Outstanding Accounting Graduate Award
  Outstanding MAcc Student Award

**Exhibit C**
**Page 18 of 19**

- BSBA, Bachelor of Science in Business Administration, Accounting, The University of Tulsa, 2015
  Judicial Extern for the Honorable Stephen R. Bough, Western District of Missouri, January – April 2021
  Law Clerk, Benton County Prosecutors Office, September 2019 – August 2020

## Certifications

- Certified Public Accountant

**Exhibit C**
**Page 19 of 19**