UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LADY MAAKIA CHARLENE SMITH, *personal representative of the Estate of Bilal Hasanie Hill, deceased*, <br><br> Plaintiff, <br><br> v. <br><br> PHELPS COUNTY SHERIFF'S DEPARTMENT, PHELPS COUNTY JAIL, RICHARD L. LISENBE, DR. ARTHUR BENTLEY, DIONNE KELLEY, KELLY RATCLIFFE, UNKNOWN GLENN, JOE TAYLOR, DOES 1-15, ADVANCED CORRECTIONAL HEALTHCARE, INC., and DR. TRAVIS SCHAMBER, <br><br> Defendants. | No. 4:20-CV-00804-JMB |

## AMENDED JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that in accordance with the stipulation entered on December 9, 2021 (Doc. 195, 196), Defendants Richard L. Lisenbe, in his individual capacity, Phelps County Sheriff's Department, Phelps County Jail, and Unknown Glenn/Deborah Glenn were dismissed with prejudice and Does 1-15 were dismissed without prejudice.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED** that in accordance with the Memorandum and Order entered on February 10, 2022 (Doc. 201), summary judgment was entered in favor of Defendants Richard L. Lisenbe, in his official capacity, Kelly Ratcliffe, Joe Taylor, Dr. Travis Schamber and against Plaintiff.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED** that pursuant to the Joint Motion (Doc. 298) and the November 21, 2022 Order, all claims against Defendants Dr. Arthur Bentley, Dionne Kelley, and Advanced Correctional Healthcare, Inc. are dismissed with prejudice.

| | |
|---|---|
| <u>November 21, 2022</u><br>Date | <u>*Gregory J. Linhares*                            /</u><br>Clerk of Court |
| | By:  <u>/s/ Nikki Phillips                   /</u><br>        NIKKI PHILLIPS<br>        Deputy Clerk |